René P. Voss (CA Bar No. 255758)
Natural Resources Law
15 Alderney Road
San Anselmo, CA  94960
Phone:  (415) 446-9027
Email:  renepvoss@gmail.com
LEAD COUNSEL

Matt Kenna (CO Bar No. 22159)
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
Phone: (970) 749-9149
Email: matt@kenna.net
LEAD COUNSEL
*Applicant Pro Hac Vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>            Plaintiff,<br><br>                    v.<br><br>ANN CARLSON, in her official capacity as the Forest Supervisor of the Mendocino National Forest; and the UNITED STATES FOREST SERVICE,<br><br>            Defendants. | No.  3:19-cv-6643-EMC<br><br><br><br>**DECLARATION OF KIMBERLY BAKER** |

I, KIMBERLY BAKER, declare as follows:

1.      I am the Public Land Advocate for the Environmental Protection Information Center (EPIC) and have worked in this position since November 2007. I am also a member.

2.      EPIC has approximately 15,000 members and supporters.  Our members and supporters are interested in, and support, EPIC's work to protect the biodiversity, wildlife and watersheds of the Mendocino National Forest for its aesthetic, spiritual, cultural, recreational, scientific, fisheries and ecological values.

3.      In my capacity as Public Land Advocate I have participated in the National Environmental Policy Act (NEPA) process and have submitted timely, substantive, site specific and science based comments on nearly every commercial timber sale, if not all of them, on the Mendocino National Forest for the past twelve years.

4.      On March 26, 2019 I received a press release for the 7,000 acre Ranch Fire project. The same day EPIC's Executive Director, Thomas Wheeler, and I called the Mendocino National Forest Supervisor, Ann Carlson, to discuss our concerns. I was concerned about the limited amount of environmental review through using a Categorical Exclusion (CE) and the cumulative effects of such a large and widespread project.  As a direct follow up to the call, through two emails, Mr. Wheeler and I requested detailed maps; an accompanied list of maintenance levels and/or reasoning for the inclusion of the chosen roads; specialists' reports, and to be notified when Supervisor Carlson issued a letter indicating approval of the project through the use of a CE. *See* Attachment A. Supervisor Carlson replied, stated that she could certainly do that, thanked us for our interest, and that her staff was working on gathering the requested information as soon as possible.

5.      On April 12, 2019 a scoping notice for another post-fire project on the Upper Lake Ranger District was released. This commercial timber sale, called the Northshore Restoration project, covers a 40,000 acre area and is being analyzed through an Environmental Analysis. The project proposes logging within Late Successional Reserves and wildlife emphasis areas and is entirely within the Berryessa Snow Mountain National Monument. The Bartlett Roadside Hazard Tree Salvage project is directly within the Northshore project. In May I sent

detailed science based comments during the public scoping period, which included serious concern for cumulative effects from multiple projects on wildlife, habitat connectivity, soils, water quality and the increased spread of invasive plant species.

6.     On October 15, 2019, I received the Grindstone District Wildlife Biological Assessment report. Based on that information, and upon information and belief, the M3 Project is roughly 1,311 acres in size, the Felkner Project is roughly 424 acres in size, and the M10 Project is roughly 2,320 acres in size.

7.     Also, through my conversations with Mendocino National Forest staff, it is my understanding that logging on the Bartlett project started in September 2019 and that M5 implementation was set to begin mid-October.

8.     I obtain personal and professional enjoyment, fulfillment, and satisfaction when visiting naturally recovering post-fire forest ecosystems and watersheds that have not been damaged by logging.

9.     I routinely visit the Mendocino National Forest and have visited all of the roadside salvage project areas. I verified this by reviewing the vicinity map provided by the forest when they first announced the project and later when I received maps for individual projects. I have visited the Bartlett project area at least four times, as early as 2012 and as recently as July 24, 2019 when reviewing and documenting the Northshore project. I have visited the M1 project area (Deer Valley is part of the M1 project area) at least four times, as early as May 2010 and as recently as June 2018. I have visited the M5, Felkner, M3 project area at least twice as early as 2009. I have visited the M10 project area at least twice and as early as 2013. On June 12, 2019, I flew in a small plane over nearly the entire project area to document the environmental harms of fire suppression activity, including the nearly 700 miles of bulldozed fire lines and back burns, but also to witness the mosaic fire effects overall from a landscape perspective. I came away from my flight very concerned about the proposed logging, as there were far more living green trees in areas proposed to be logged than I had anticipated. A photo of the M1 project area, with Lake Pillsbury in the background, is attached to this declaration (Attachment D).

10.     I am deeply concerned that there are cumulatively thousands of acres of logging projects being planned on the Mendocino National Forest. Not only are there up to 7,000 acres of logging on fragile post-fire forest being planned through CE's, but also the 40,000 acre Northshore project on the Upperlake Ranger District which may include up to 1,500 acres of commercial logging and widespread toxic herbicide application. To my best understanding through conversations with US Fish and Wildlife Service staff, there is another large post-fire logging project being planned on the Grindstone Ranger District. Also on the Grindstone Ranger District, the Four Beetles South CE, which was developed in 2018, included concentrated industrial logging on over 1,000 acres, Four Beetles South is another CE currently being planned that could include up to 3,000 acres of commercial logging and the Salt project CE, currently in planning, that includes up to 3,000 acres of commercial logging and road and landing construction. Further, in April 2019 the Mendocino National Forest received $4.7 million dollars in grant funding for planning projects on another 4,531 acres in seven areas, likely through CE's, however any further information has not been shared with the greater public. Hence, EPIC and I will be harmed by the agency's decision to plan and perform up to 7,000 acres of large continuous swaths of roadside logging, including the extraction of living green trees, without public input, adequate environmental review or consideration of cumulative affects is contrary to the spirit and intent of NEPA, and I believe it will harm our interests by adversely affecting threatened species, water quality and would increase the spread of invasive plants.

11.     Both personally and professionally, I am worried that the Mendocino National Forest's large 400-foot swaths of post-fire roadside logging would greatly increase habitat fragmentation and may significantly harm the threatened and sensitive species. To my best understanding many of the trees are still living and these roadside areas run through Late Successional Reserves and through Activity Centers and Critical Habitat for the Northern spotted owl. It is my understanding that the Mendocino National Forest has not completed emergency consultation with the US Fish and Wildlife Service to document the baseline changes in habitat as a result of the Ranch Fire. I understand that this type of consultation is required prior to allowing projects to move forward so as to adequately assess the impact to federally and state

listed threatened species. Spotted owls will often use significantly burned patches for foraging if they are unlogged. According to peer-reviewed scientific studies, including Bond et al. 2016 (Attachment B), before data were collected from spotted owls in burned forests, it was not unreasonable to assume that high-severity fire might eliminate habitat because it reduces canopy cover, kills trees, and consumes coarse woody debris—all of which comprise important structure for owls and their prey—but current research is revealing that a surprising number of spotted owl sites continue to be occupied and reproductively successful after experiencing fires of all intensities and that populations are quite resilient to fire. Further, spotted owls utilize complex early seral forests for foraging, providing evidence that severely burned forests can benefit spotted owls depending upon its extent and configuration. This species and others can greatly be harmed by logging and the subsequent noise and smoke disturbance during sensitive times of the year.

12.     I am particularly attracted to fragile post-fire forests as these snag forests are often more rich in biological diversity than green forests. Unlogged snag habitat provides early seral complex forest structure that is utilized by multiple species. Fire suppression activities, road use and logging especially ground-based equipment greatly disturb regenerating forests and can severely harm soils and water quality. According to peer-reviewed scientific studies, including Beschta et al. 2004 (Attachment C), ground-based post-fire logging and the removal of large trees are generally inconsistent with efforts to restore ecosystem functions after fire.  Moreover, skidding logs and heavy equipment disturb soils, causing erosion, which leads to runoff into streams and the resulting sedimentation of streams and other adverse water quality impacts. *Id*.

13.     If the logging occurs as planned, my enjoyment of these areas will be greatly diminished. It would be difficult to avoid these areas as they stretch for thousands of acres. I will be emotionally harmed because of the nearly irreparable harm to habitat connectivity and suitability and because of the loss this important forest structure on the landscape, which would be visible for miles. However, if the Forest Service were to prepare an Environmental Assessment or Environmental Impact Statement, it would have to include alternatives to the planned logging. Alternatives (based on my and others' comments) could include leaving the

living trees standing, retaining more trees on the downhill side of the road and some of the downed hazard logs on the ground, which would be extremely helpful to wildlife and soil health and improve my enjoyment of the affected areas if such alternatives were chosen.  And it would make it more likely that mitigation measures would be put in place to support species survival, soil health and water quality, which would increase my enjoyment of these rejuvenating post fire landscapes.

14.     I am extremely concerned that the Mendocino National Forest has authorized thousands of acres of post fire logging, with immediate plans for more, throughout the forest within areas that should have been designated as Riparian Reserves because they are unstable lands with very high erosion hazard ratings.

15.     I intend to visit and recreate in the Mendocino National Forest throughout the remainder of my life. I have certain plans to visit the Forest numerous times this year and in 2020 and 2021. I plan to visit the Bartlett project area, within the Northshore timber sale planning area, again this year before the rains start. If the opportunity is available, I plan to fly over the Mendocino National Forest again to document and witness the post fire landscape while there is snow on the ground. In the spring, after the snow melts, I plan to visit the M5 and M10 project area to photograph and explore the renewed post fire forests and the lasting environmental effects of fire suppression actions. In the late summer of 2020 I plan to camp and hike in the Snow Mountain Wilderness Area, in the M3 project area and at that time also visit the Felkner project area. In the autumn of 2020 I plan to visit and enjoy time at Pillsbury Lake and will be traveling through the M1 project area. In 2021 I plan to visit the Yuki or the Yolla Bolly Wilderness Areas.

16.     EPIC's 2019 operating budget is $230,342.00. So far this year, we have spent about $200,000. Based on current income received, I project that we are going to finish 2019 in the red, meaning EPIC will have spent more money than it will receive in the fiscal year.

17.     With this budget, EPIC is able to employ around 4.5 full time equivalent positions. Together with payroll and associated fixed costs, such as rent, EPIC has little

flexibility in our budget.  Much of our budget is "restricted" by conditions imposed by grants and cannot be applied to this litigation.

18.     EPIC maintains approximately four months' worth of operating expenses in the bank as a "rainy day fund." EPIC is completely unable to post a large bond, or even a portion of such a bond. The posting of such a significant bond is an insurmountable hurdle for our organization, and would effectively stop our ability to meaningfully participate in the democratic process that allows for public scrutiny of government actions that impact public resources.

19.     EPIC has no financial interest in the outcome of this litigation, and we cannot benefit financially from a grant of injunctive relief. In light of the foregoing, any additional bond would pose serious, and undue, hardship to EPIC.


I declare under penalty of perjury that the foregoing is true and correct.
Executed in Arcata, California this 17th day of October 2019.


_____
KIMBERLY BAKER

# BAKER DECLARATION

# ATTACHMENT A

# Emails with Ann Carlson March 26, 2019 and March 27, 2019

Emails with Ann Carlson March 26, 2019 and March 27, 2019

**March 26, 2019 at 5:04pm**

From Kimberly Baker
Ranch Fire Hazard project
To: Ann Carlson <adcarlson@fs.fed.us>
Cc: Tom Wheeler <tom@wildcalifornia.org>

Hi Ann,

Thanks for the call today on the Ranch Fire Hazard project. As a follow up we would like to request:
1) Detailed maps of the project areas, preferably geo-referenced;
2) An accompanied list of Maintenance Levels and/or reasonings for the inclusion of the chosen roads; and
3) Specialist reports, minus the sensitive heritage reports.

We support the need for treating hazard trees, however, given the magnitude of the project area we are concerned about the overarching impacts it may have.

Thank you.
We appreciate your time and attention,

Kimberly


Kimberly Baker
Public Land Advocate
Epic-Environmental Protection Information Center
145 G. St., Suite A
Arcata, CA 95521
707-822-7711
wildcalifornia.org

"In all things of nature there is something of the marvelous" Aristotle

**March 26, 2019 at 5:17pm**

From Ann Carlson
RE: Ranch Fire Hazard project
To: Kimberly Baker <kimberly@wildcalifornia.org> Cc: Tom Wheeler
<tom@wildcalifornia.org>, "Moore, Sandra J -FS" <sjmoore@fs.fed.us>

Kimberly and Tom:
Thank you for your interest in our project. I will share your request with the specialists that can best provide the information requested.
Ann

1



**Ann D. Carlson**
**Forest Supervisor**

**Forest Service**
**Mendocino National Forest**
**Berryessa Snow Mountain National Monument**

**p: 530-934-1100**
**c: 530-310-3540**
**f: 530-934-1174**
adcarlson@usda.gov

825 N. Humboldt Ave.
Willows, CA 95988
www.fs.fed.us

**Caring for the land and serving people**
**See More from Kimberly Baker**

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**March 27, 2019 at 4:01pm**

From: Tom Wheeler <tom@wildcalifornia.org>
Re: Ranch Fire Hazard project
To: "Carlson, Ann D -FS" <adcarlson@fs.fed.us> Cc: Kimberly Baker <kimberly@wildcalifornia.org>, "Moore, Sandra J -FS" <sjmoore@fs.fed.us>

Hi Ann,

A quick addition: Can you please notify EPIC when you issue your "letter to file" indicating your approval of the project and the use of the CE? (This is, as I understand it, the decision document associated with a project without a decision memo. Please correct me if I am wrong.)

Thank you!

Tom

--
Tom Wheeler
Executive Director and Staff Attorney
Environmental Protection Information Center
145 G Street Suite A
Arcata, CA 95521
Office: (707) 822-7711
Cell: (206) 356-8689
tom@wildcalifornia.org
www.wildcalifornia.org

"If EPIC had not undertaken its lonely efforts on behalf of the Marbled Murrelet, it is doubtful that the species would have maintained its existence throughout its historical range in California." - Judge L. Bechtle, *Marbled Murrelet v. Pacific Lumber Co.*

March 27, 2019 at 9:35pm

From "Carlson, Ann D -FS" <adcarlson@fs.fed.us>

RE: Ranch Fire Hazard project
To: Tom Wheeler <tom@wildcalifornia.org> Cc: Kimberly Baker
<kimberly@wildcalifornia.org>, "Moore, Sandra J -FS" <sjmoore@fs.fed.us>

Tom:
Yes I certainly can do that. We are working on gathering the information you requested.
Folks are in training this week, including myself, but we will pull it together ASAP.
Ann

**Ann D. Carlson**
**Forest Supervisor**

**Forest Service**
Mendocino National Forest
Berryessa Snow Mountain National Monument

p: 530-934-1100
c: 530-310-3540
f: 530-934-1174
ann.carlson@usda.gov

825 N. Humboldt Ave.
Willows, CA 95988
www.fs.fed.us

Caring for the land and serving people

3

# BAKER DECLARATION

# ATTACHMENT B

# BOND ET AL. 2016 - Foraging Habitat Selection by California Spotted Owls After Fire



*Research Article*

# Foraging Habitat Selection by California Spotted Owls After Fire

**MONICA L. BOND,**[1] *Wild Nature Institute, PO Box 165, Hanover, NH 03755, USA*

**CURT BRADLEY,** *Center for Biological Diversity, PO Box 710, Tucson, AZ 85702, USA*

**DEREK E. LEE,** *Wild Nature Institute, PO Box 165, Hanover, NH 03755, USA*

**ABSTRACT** Forest fire is one of the most important ecological disturbances affecting habitat of the declining California spotted owl (*Strix occidentalis occidentalis*) population in southern California. We analyzed foraging location data collected 3 and 4 years post-fire, from 8 radio-tagged California spotted owls whose home ranges included forest burned in the 5,176-ha Slide Fire in the San Bernardino Mountains, California, USA. We analyzed foraging habitat selection with sensitivity analysis using 3 different spatial extents to define available resource area: utilization distribution, minimum convex polygon, and capture radius. At all 3 extents of available habitat these spotted owls selected foraging sites close to their territory centers and riparian areas. Resource selection functions indicated burned forests were generally used in proportion to their availability, with the exception of significant selection for moderate-severity burned forests farther from territory centers at the largest available habitat extent (capture radius). Riparian habitats should be preserved for California spotted owls in southern California, and forests burned by high-severity fire should be considered potentially suitable foraging habitat. We suggest researchers perform habitat selection analyses at multiple spatial extents of availability and describe the sensitivity of their results. © 2016 The Wildlife Society.

**KEY WORDS** foraging habitat selection, forest fire, resource selection function, riparian habitat, sensitivity analysis, spotted owl, *Strix occidentalis*.

The use of radio-telemetry data to quantify space- and resource-use patterns is helpful for management of animal populations, and is especially valuable for conservation of declining species facing natural and anthropogenic habitat disturbances (Sawyer and Brashares 2013). Forest fire is one of the most important ecological disturbances affecting habitat for the California spotted owl (*Strix occidentalis occidentalis*). The California spotted owl is a rare, medium-sized (400–600 g) raptor that uses mid- and late-seral forests for nesting and roosting throughout its range in the Sierra Nevada, southern California mountains, and coastal mountains from the Santa Barbara area north into Monterey County (Gutiérrez et al. 1995). The owl uses a broader range of habitats for foraging (Bond 2009, Williams et al. 2011). The affinity of this subspecies for mature forests has placed it at the center of socioeconomic conflicts over forest management including timber harvest and vegetation management intended to reduce fire risk (Verner et al. 1992). It is uncertain whether or how wildfires influence habitat selection by California spotted owls in the southern part of the subspecies' range.

In southern California, spotted owls occur in upper elevations of forested islands in the Transverse and Peninsular mountain ranges, which are surrounded by extensive chaparral, desert, and semi-desert communities (LaHaye et al. 1994). Wildfire is particularly important in this region because extremely dry and windy weather conditions can result in large forested areas burned at high severity by intense fires (Keeley et al. 2009). High-intensity fires (i.e., stand-replacement or crown fires) cause widespread mortality of existing vegetation. Fire intensity is a measure of energy output, whereas fire or burn severity refers to aboveground effects to vegetation (Keeley 2009). High-intensity fires change forest structure from one dominated by live trees to one dominated by herbs, shrubs, and standing dead trees, or snags (DellaSala et al. 2014). Fires in southern California's mountains create heterogeneous landscapes composed of a mosaic of intermixed patches of unburned to severely burned forest, known as a mixed-severity regime (Weatherspoon et al. 1992, Minnich et al. 2000). This fire mosaic likely enables wildlife species dependent upon late-seral forests, such as the spotted owl, to co-exist with intense fires (Lee et al. 2012, Baker 2014). Indeed, intense fire may enhance foraging opportunities for California spotted owls when it occurs close to nest or core roost stands (Bond et al. 2009). However, intense fire can result in loss of closed-canopy forests that owls select for nesting and roosting (Bond

Received: 20 December 2015; Accepted: 18 May 2016

[1]E-mail: monica@wildnatureinstitute.org

et al. 2009) and exceptionally large areas burned by intense fire during extreme weather conditions may trigger territory abandonment at lower quality owl sites (Lee and Bond 2015). Wildfires over the past 2 decades have affected California spotted owl habitat to a greater extent in southern California than elsewhere in the range of the subspecies (Lee et al. 2013). However, no studies have yet examined post-fire selection of foraging habitat in this part of the subspecies' range, where the regional population is in decline.

Resource-selection studies quantify specific factors that increase or decrease the probability that an animal will use a particular resource, for example, a late-seral or severely burned forest stand (Rota et al. 2013). A habitat feature is considered to be selected if it is used disproportionately more than it is available (Johnson 1980, Beyer et al. 2010), and a variety of statistical methods can quantify which specific habitat features are preferred or avoided relative to other types (Rettie and McLoughlin 1999, Aarts et al. 2013). However, results of resource-selection analyses may vary depending upon the spatial extent used to define available resources, and studies should examine the sensitivity of selection results to variable definitions of availability (Beyer et al. 2010, Northrup et al. 2013).

In October 2007, a series of wildfires burned across southern California, USA, ultimately affecting >202,343 ha extending from Santa Barbara County to the border of Mexico. The Slide Fire in the San Bernardino Mountains burned 5,176 ha, including 4,591 ha of tree-dominated vegetation types potentially suitable for California spotted owls. We analyzed foraging location data collected in 2010 and 2011 from 8 radio-tagged California spotted owls captured within or near the perimeter of the Slide Fire. Our objective was to assess factors influencing foraging habitat selection at 3 different spatial extents of availability in burned or partially burned territories: utilization distribution (UD), minimum convex polygon (MCP), and capture radius (CR).

## STUDY AREA

We used data from radio-tagged owls within and near the 2007 Slide Fire on the Mountaintop Ranger District of the San Bernardino Mountains. These mountains rise above the surrounding lowlands approximately 140–150 km east of Los Angeles, California, USA (Stephenson and Calcarone 1999). Climate of the study area was Mediterranean with most precipitation falling during the winter as rain at lower elevations and rain and snow at higher elevations. Average annual precipitation in these mountains ranged from 500 mm to 1,000 mm with substantial local variability due to aspect, elevation, topography, rain-shadow patterns, and seasonal storm patterns (Minnich 1988).

Elevation ranged approximately 1,121–2,525 m. Vegetation was montane coniferous forest in more xeric settings, dominated by Jeffrey pine (Pinus jeffreyi) or ponderosa pine (P. ponderosa), with California black oak (Q. kelloggii) a common understory tree, or mixed-conifer forests in more mesic settings, including combinations of Jeffrey and ponderosa pines, white fir (Abies concolor), incense-cedar

(Calocedrus decurrens), and sugar pine (P. lambertiana; Stephenson and Calcarone 1999). The study area was a mix of public lands managed by the United States Forest Service (USFS) and small communities on private inholdings. The forests historically were subjected to commercial timber harvesting, but current management emphasizes public recreation, habitat protection, and fuels reduction around the communities.

We used Monitoring Trends in Burn Severity (MTBS) vegetation burn-severity geographic information system (GIS) data from the United States Geological Survey and USFS (www.mtbs.gov, accessed 15 Jul 2013) in conjunction with USFS Existing Vegetation (EVEG) maps created in 2002 and 2003 to characterize the study area. The MTBS vegetation burn-severity data were created with pre- and post-fire Landsat 5 Thematic Mapper satellite imagery from 6 July 2006 and 9 June 2008. These images were used to create a differenced Normalized Burn Ratio (dNBR) map with a 30-m pixel size that was then categorized into burn categories. For tree-based fire severity variables, percentage change in canopy cover and basal area was 0–25% in the low-severity and unburned category, 25–75% in the moderate-severity category, and >75% in the high-severity category (Miller et al. 2009). We estimated that 21.8% of tree-dominated vegetation types (i.e., forest types) remained unburned in the Slide Fire, whereas 19.3%, 30.8%, and 28.1% burned at low, moderate, and high severities, respectively (Fig. 1).

## METHODS

### Field Methods

Prior to our study, all California spotted owl breeding territories within the boundaries of the San Bernardino National Forest had been located by annually surveying all forested stands beginning in 1989 (LaHaye et al. 2004, Lee et al. 2013). Selection of owls for this study was based on their proximity to the Slide Fire. Contracting biologists for the USFS captured and radio-tracked spotted owls occupying all known territories with historical nest trees within or closely adjacent to the fire perimeter. Biologists located, captured, and classified sex of owls using standard techniques (Forsman 1983, Franklin et al. 1996) and fitted each owl with a Holohil RI-2CP backpack transmitter (Holohil Systems, Ltd., Ontario, Canada) using Kevlar ribbon (0.63 cm wide; Bally Ribbon Mills, Bally, PA). Transmitters with the harness weighed <16 g, or less than 3% of the owl's total weight. Animal care and use procedures were part of a study plan approved by the USFS and the California Department of Fish and Wildlife.

Biologists estimated owl locations by triangulating on signals from the affixed radio transmitters (Guetterman et al. 1991). An extensive road system in the area enabled trackers to acquire most signals <400 m from owls. After the conclusion of the study in December 2011, all remaining radio-tagged owls were recaptured to remove transmitters (R. Tanner, Tanner Environmental, personal communication). We considered individual owls as sampling units and



**Figure 1.** Burn severity of hardwood, conifer, and mixed-forest types in California spotted owl habitat from the 2007 Slide Fire, San Bernardino Mountains, southern California, USA.

modeled males and females of a pair separately because their foraging was most likely independent (Forsman et al. 1984, Zimmerman et al. 2001, Irwin et al. 2007, Bond et al. 2009). During the breeding season (1 Mar–31 Aug) radio-trackers attempted to obtain a foraging location for each radio-tagged owl between sunset and sunrise 1–2 nights per week with >48 hours between attempts, to provide a reasonably large sample of temporally independent locations (Guetterman et al. 1991). Sampling was less intensive during the non-breeding season (1 Sep–28 Feb) because of weather conditions. Trackers attempted to collect locations for each owl at different times throughout the night to attain a range of sampling times. Owls were tracked from 1 month to 29 months, with variation in tracking effort resulting from 1) death of owl; 2) radio-tagged owl could not be located; or 3) transmitter unit stopped working and could not be replaced.

**Used and Available Habitat**

The USFS provided us with data on receiver station locations, bearings to radio-tagged owls, date and time, and signal strength and gain. We considered all locations obtained between sunset and sunrise to be foraging locations (Forsman et al. 1984). We used the maximum likelihood estimator in LOAS software (Version 4.0, Ecological Software Solutions, Sacramento, CA) to generate estimated spotted owl foraging locations and calculate error ellipses from receiver stations and bearings. We used only triangulated locations that generated error ellipses <5.0 ha (Williams et al. 2011). We assessed linear

telemetry location error by having trackers triangulate on a roosting owl to obtain an estimated location, and then walk in to confirm actual location, and by conducting blind tests (i.e., placing transmitters in locations unknown to trackers) within several owl territories. Most of the points with error ellipses >5.0 ha generally overlapped with the points we included in our analysis, thus we were confident our data did not contain systematic spatial bias from telemetry error.

We defined the available foraging habitat sample for each radio-tagged owl at 3 different spatial extents each year: 1) a UD defined as the year-round 95% fixed-kernel home-range (Silverman 1986; McDonald et al. 2006; Irwin et al. 2007, 2012; Williams et al. 2011); 2) year-round 100% MCP (Mohr 1947, Carey et al. 1992); and 3) 100% CR, a circle with a radius that extended from the nest or territory center to the farthest documented foraging location for that owl in that year (Glenn et al. 2004, Bond et al. 2009). The UD is the most conservative representation of the availability sample and may underestimate the area of true availability because it omits even some areas known to be used. In contrast, the CR represents all habitats presumed to be accessible but may include areas with constrained availability because of the presence of conspecifics, predators, inhospitable terrain, or other factors (Buskirk and Millspaugh 2006). The MCP is an intermediate representation of the availability sample between the UD and the CR.

To calculate UDs, we used 95% isopleths of the fixed-kernel density and applied least squares cross validation (Worton 1989) to select the kernel bandwidth. Fixed kernels

are less biased than adaptive kernels at outer contour levels and have better surface overlap when compared to the true distribution (Seaman et al. 1999). We applied a bootstrap procedure to determine whether sufficient numbers of points were collected for unbiased estimation of the UD home-range size (Worton 1995, Bond et al. 2013, Tingley et al. 2014; Supplemental Materials S1 and Fig. S1, available at www.onlinelibrary.wiley.com).

Average telemetry error distance (i.e., linear distance between estimated and actual transmitter locations), calculated from 5 walk-ins on roosting owls and 22 blind tests, was 80 m (SD = 58, $n = 27$ locations). To account for location estimation error, we quantified used habitat with 80-m-radius (2.01 ha) telemetry-error circle buffers surrounding estimated foraging locations (i.e., used plots rather than used points; Rettie and McLoughlin 1999, Frair et al. 2010). We quantified available habitat from a systematic sample of all non-overlapping 2.01-ha telemetry-error circles (available plots) that fit within each owl's UD, MCP, or CR.

## Covariates

We created a GIS database for the study area consisting of 5 categories: non-forest (e.g., water, meadow, shrub, rock, urban), low severity burned or unburned forest, moderately burned forest, highly burned forest, and post-fire logged forest. We obtained layers from MTBS (burn severity), EVEG (forest or non-forest), and Google Earth (Mountain View, CA) aerial imagery (human infrastructure [non-forest], post-fire logging) maps. We combined forest-type polygons burned by low-severity fire with unburned polygons because low-severity fire has little effect on key spotted owl habitat elements such as density of large trees and snags, downed logs, and canopy cover (Bond et al. 2009) and because it is difficult to distinguish low-burned from unburned forest using remote-sensed data. Additional covariates were slope, elevation, aspect, and riparian areas (streams).

To designate the vegetation composition at each foraging or available location, we calculated proportion of forest burned at high, moderate, or low or unburned severity within each 2.01-ha used or available plot. Using proportion of each burn-severity category within a plot rather than a point location estimate for habitat-selection analysis explicitly acknowledges and accounts for the inherent error and potential bias in radio-telemetry (Rettie and McLoughlin 1999, Frair et al. 2010). Thus, we modified the representation of habitat use at each location from a binary data set (the use of each burn-severity category is either 1 or 0) to a set of continuous burn-severity variables that sum to 1 (a composition). This methodology results in a more conservative habitat-selection analysis, with a diminished ability to detect selection, but one that is less biased (Rettie and McLoughlin 1999, Frair et al. 2010). This methodology also allowed us to identify instances where owls foraged at edges between different forest burn severities (Bond et al. 2009). We classified foraging sites without a dominant (>90%) burn category as an edge site (Bond et al. 2009). For all other covariates, we made measurements at the used point or center point of the available plot.

For robust resource-selection analyses, a sufficient amount of the resource of interest must be available for selection or avoidance by individuals (Northrup et al. 2013). Our primary foraging habitat selection covariate of interest for our sample of spotted owls was forest burn severity. We quantified amount of the 3 forest burn-severity categories within each of 42 spotted owl available habitat areas (3 available habitat extents × 7 owls/year × 2 years; Table 1). We found that 13 of the 42 available habitat areas (5 in 2010 and 8 in 2011) included <5% forest burned at high severity (Table 1), which we considered to be insufficient for reasonably unbiased selection analyses. We censored data from these 13 available habitat areas.

We considered 9 covariates for analysis: distance from territory center (km), distance from stream (km), aspect (west = 1 north, south, or east = 0), elevation (standardized to units from the mean), slope (%), high-severity burn (proportion in plot), moderate-severity burn (proportion in plot), low-severity or unburned (proportion in plot), and edge (defined above). Spotted owls are central-place foragers, so we expected the probability of use to be negatively correlated with distance from the nest or territory center, in either a linear or a quadratic manner (Carey and Peeler 1995, Rosenberg and McKelvey 1999, Bond et al. 2009). During the non-breeding season, relative use of the territory center may decline in California spotted owls (Irwin et al. 2007), so we tested whether foraging habitat selection as a function of distance from the center of the foraging range differed between breeding and non-breeding seasons by examining a model with a seasonal effect. We found no significant seasonal effect, so we analyzed all foraging data together within a year-round range to maximize our used sample size. Laymon (1988) reported that random sites had steeper slopes

**Table 1.** Hectares of coniferous and mixed conifer-hardwood forest, and proportion of high-severity burned forest in 3 extents of available habitat areas (95% fixed-kernel home range [UD], 100% minimum convex polygon [MCP], and 100% capture radius [CR]) for 8 California spotted owls during 2010 and 2011 in the area of the 2007 Slide Fire, San Bernardino National Forest, California, USA. We excluded available habitat areas with <5% high-severity burned forest from selection analysis. Owls with the same alpha code are paired.

| Year | Owl | Forested area (ha) | | | Proportion high severity | | |
|------|-----|-----|-----|-----|-----|-----|-----|
| | | UD | MCP | CR | UD | MCP | CR |
| 2010 | DC441 | 266 | 532 | 1,398 | 0.08 | 0.04 | 0.14 |
| | DC521 | 211 | 782 | 6,839 | 0.07 | 0.12 | 0.12 |
| | GVLR341 | 378 | 931 | 2,441 | 0.11 | 0.21 | 0.22 |
| | GVLR360 | 398 | 1,403 | 8,749 | 0.12 | 0.17 | 0.16 |
| | LEFCC482 | 25 | 148 | 585 | 0.04 | 0.02 | 0.01 |
| | SC238 | 134 | 196 | 2,055 | 0.13 | 0.44 | 0.18 |
| | SC321 | 211 | 262 | 2,419 | 0.12 | 0.02 | 0.17 |
| 2011 | DC441 | 150 | 124 | 556 | 0.03 | 0.05 | 0.01 |
| | DC521 | 240 | 1,088 | 10,914 | 0.06 | 0.23 | 0.12 |
| | GVLR341 | 204 | 363 | 3,143 | 0.10 | 0.19 | 0.18 |
| | GVLR360 | 92 | 116 | 384 | 0.03 | 0.08 | 0.12 |
| | SC238 | 158 | 96 | 284 | 0.03 | 0.01 | 0.28 |
| | SC321 | 103 | 87 | 335 | 0.03 | 0.02 | 0.28 |
| | CC282 | 522 | 851 | 3,765 | 0.28 | 0.43 | 0.19 |
| | $\bar{x}$ | 221 | 499 | 3,133 | 0.09 | 0.15 | 0.16 |

than foraging sites in the central Sierra Nevada, so we included percent slope as a variable. California spotted owls in the northern Sierra Nevada selected foraging sites at lower elevations and closer to streams (Irwin et al. 2007); thus, we incorporated distance to riparian vegetation and elevation. Preliminary examination of our data using kernel density plots (Kabacoff 2011) suggested a possible quadratic relationship with distance to riparian, so we also included distance to riparian[2]. Finally we postulated owls would avoid foraging sites with western-facing aspects because these areas are more arid than other aspects. California spotted owls could be more likely to select foraging sites with forest that burned at moderate and high severity (Bond et al. 2009), or at sites with low-severity burns or unburned forest (Zabel et al. 1992, Irwin et al. 2007). Previous research reported selection (Zabel et al. 1995, Ward et al. 1998, Williams et al. 2011) or avoidance (Glenn et al. 2004) of edges. We were unable to test for avoidance of post-fire logged or non-forested areas because available habitat areas contained too little of these categories (i.e., <5%).

**Foraging Habitat Selection Analysis**

Our main objective was to estimate foraging habitat selection in burned or partially burned territories by identifying preferred or avoided vegetation types within the available foraging range (Johnson et al. 2006). We analyzed selection of foraging habitat by comparing used and available resources with mixed-effects logistic regression to estimate a resource selection function (RSF) in a type III study design (Manly et al. 2002:7). Logistic regression is a relatively simple method for enabling inferences about selection or avoidance of covariates (Johnson et al. 2006, Aarts et al. 2013, Northrup et al. 2013). Following the 2-sample, Type III logistic-regression procedure outlined by Manly et al. (2002:99), we obtained a sample of used resource units and generated a separate sample of available resource units for each owl in each year in each spatial extent (UD, MCP, or CR).

We performed all mixed-effects logistic regression analyses in Program R (R Development Core Team 2013) using the glmer (family = binomial, link = logit) form in the package lme4 (Bates et al. 2012). We used mixed-effects models as an approximating function to obtain estimates of coefficients for variables to include in exponential RSF models for each available habitat area using the formula:

$$w(x_i) = \exp(\beta_1 x_1 + \ldots + \beta_i x_i) \tag{1}$$

where $w(x_i)$ is the relative probability of selection given the predictor variables, $x_1 \ldots x_i$, and $\beta_1 \ldots \beta_i$ are the coefficients to be estimated (McDonald et al. 2006, Irwin et al. 2012). We then calculated selection ratios (selection ratio = exp [coefficient]) from the coefficients in the top models, or average of competitive top models, for interpretation. Selection ratios measure the multiplicative change in relative probability of use when the covariate changed by 1 unit, assuming all other variables remain constant (McDonald et al. 2006). We computed confidence intervals for the selection ratios as exp(coefficient + 1.96[coefficient SE]).

Our model structure identified each individual owl's data as a group of used and available sites with individual owl ($n = 8$) treated as a random effect, and the vegetation and physiographic covariates as fixed effects. We compared each owl's foraging points only with its own availability sample each year by also treating year as a random effect. We found no evidence that habitat conditions changed significantly within each year (e.g., no major timber harvest or urban development).

We followed an information-theoretic approach (Burnham and Anderson 2002) using Akaike's Information Criterion (AIC) and assigning AIC weights to rank candidate models and formalize evidence that a particular model was supported by the underlying data, and to evaluate the strength of evidence for each model considered. We examined correlation matrices of fixed effects and used only variables in the same models that were not highly correlated (i.e., $|r| > 0.5$). We considered models with $\Delta$AIC < 2 to be competitive, and we examined the degree to which 95% confidence intervals of beta coefficients overlapped 0 and selection ratios overlapped 1 to determine the direction and precision of evidence for covariate effects. We calculated model-averaged beta estimates by averaging from all weighted models and assuming $\beta = 0$ for models in which a predictor variable did not appear (Burnham and Anderson 2002).

We conducted model selection independently for each of the 3 spatial extents of available habitat. In each case, we began with the global model that included random effects of owl and year and fixed effects of distance from territory center, distance from territory center[2], 3 terms for females having different distance from center curves than males (female, female × distance from territory center, female × distance from territory center[2]), distance to riparian, distance to riparian[2], elevation, slope, west aspect, high-severity burned forest, moderate-severity burned forest, low-severity burned and unburned forest, interactions of each burn severity and distance to territory center, and edge. We simplified the global model by removing all physiographic and sex variables with non-significant coefficients ($P > 0.05$) and ranked 2 additional candidate models that included various combinations of burn severities and distance, as well as the null model. Our final list of models included 1) the global model; 2) a model with all significant physiographic and sex variables and edge, all 3 burn severities, and burn severities × distance to center interactions; 3) a model with all significant physiographic and sex variables and edge, and all 3 burn severities, but without any burn severity × distance to center interactions; 4) a model with all significant physiographic and sex variables and edge; but without any burn severities or their interactions with distance; and 5) the null model, with only owl and year. We determined that coefficient estimates from the 3 logistic regressions of available habitat spatial extents converged with significance if they had the same sign, standard errors that excluded 0, and overlapping standard errors (Northrup et al. 2013).

## RESULTS

United States Forest Service contracting biologists located, captured, and radio-tagged 11 California spotted owls (6 M

**Table 2.** Model selection results from censored data for describing probability of use by 8 foraging California spotted owls during 2010–2011 in the area of the Slide Fire of 2007, San Bernardino National Forest, California, USA, based on maximum likelihood estimation. Results are from separate analyses using 3 spatial extents to define available habitat area, and censored to exclude available habitat areas with <5% high-severity fire. We considered models with difference in Akaike's Information Criterion ($\Delta$AIC < 2.0) to be competing.

| Model name[a] | Model structure[b] | $\Delta$AIC | Weight | $K$[c] |
|---|---|---|---|---|
| **Utilization distribution** | | | | |
| Sigphys+burn | $DC+DC^2+EL+DR+DR^2+HI+MOD+LO$ | 0.0 | 0.44 | 11 |
| Sigphys+noburn | $DC+DC^2+EL+DR+DR^2$ | 0.2 | 0.40 | 8 |
| Sigphys+burn+burn×dc | $DC+DC^2+EL+DR+DR^2+HI+MOD+LO+HI\times DC+MOD\times DC+LO\times DC$ | 2.2 | 0.15 | 14 |
| Global | $DC+DC^2+FEM+FEM\times DC+FEM\times DC^2+SLO+EL+$ $ASPW+DR+DR^2+HI+MOD+LO+HI\times DC+MOD\times DC+LO\times DC+EDGE$ | 7.0 | 0.01 | 20 |
| Null | | 117.6 | 0.00 | 3 |
| **Minimum convex polygon** | | | | |
| Sigphys+burn | $DC+DC^2+FEM+FEM\times DC+FEM\times DC^2+DR+DR^2+HI+MOD+LO$ | 0.0 | 0.89 | 13 |
| Sigphys+burn+burn×dc | $DC+DC^2+FEM+FEM\times DC+FEM\times DC^2+DR+DR^2+HI+MOD+LO+HI\times$ $DC+MOD\times DC+LO\times DC$ | 4.3 | 0.10 | 16 |
| Global | $DC+DC^2+FEM+FEM\times DC+FEM\times DC^2+SLO+EL+ASPW+DR+DR^2+HI+$ $MOD+LO+HI\times DC+MOD\times DC+LO\times DC+EDGE$ | 8.7 | 0.01 | 20 |
| Sigphys+noburn | $DC+DC^2+FEM+FEM\times DC+FEM\times DC^2+DR+DR^2$ | 45.8 | 0.00 | 10 |
| Null | | 507.6 | 0.00 | 3 |
| **Capture radius** | | | | |
| Sigphys+burn+burn×dc | $DC+DC^2+FEM+FEM\times DC+FEM\times DC^2+EL+ASPW+DR+DR^2+HI+MOD+$ $LO+HI\times DC+MOD\times DC+LO\times DC+EDGE$ | 0.0 | 0.40 | 19 |
| Global | $DC+DC^2+FEM+FEM\times DC+FEM\times DC^2+SLO+EL+ASPW+DR+DR^2+HI+$ $MOD+LO+HI\times DC+MOD\times DC+LO\times DC+EDGE$ | 1.0 | 0.38 | 20 |
| Sigphys+burn | $DC+DC^2+FEM+FEM\times DC+FEM\times DC^2+EL+ASPW+DR+DR^2+HI+MOD+LO$ | 14.0 | 0.20 | 15 |
| Sigphys+noburn | $DC+DC^2+FEM+FEM\times DC+FEM\times DC^2+EL+ASPW+DR+DR^2$ | 63.5 | 0.02 | 12 |
| Null | | 1,898.2 | 0.00 | 3 |

[a] Sigphys = all significant physiographic effects, burn = burn severity effects, noburn = no burn severity effects, dc = distance from territory center effect.
[b] All models include random terms for individual owl and year. DC = distance from territory center, $DC^2$ = distance from territory center², FEM = female, SLO = slope, EL = elevation, ASPW = western aspect, DR = distance to riparian, $DR^2$ = distance to riparian², HI = proportion high-severity burned forest, MOD = proportion moderate-severity burned forest, LO = proportion low-severity burned and unburned forest, EDGE = edge (sites without a dominant [>90%] burn category).
[c] $K$ = number of parameters in the model.



**Figure 2.** Model-averaged coefficient estimates and standard errors for 11 covariates of foraging habitat selection from 8 radio-tagged California spotted owls, 2010–2011, in the area of the 2007 Slide Fire, San Bernardino Mountains, southern California, USA using 3 available habitat extents: circle radius (CR), minimum convex polygon (MCP), and fixed-kernel utilization distribution (UD). DC = distance from territory center, DC2 = distance from territory center$^2$, EL = elevation, DR = distance to riparian, DR2 = distance to riparian$^2$, HI = proportion high-severity burned forest, MOD = proportion moderate-severity burned forest, LO = proportion low-severity burned and unburned forest, HI×DC, MOD×DC, and LO×DC = interactions of each burn severity and distance to territory center.

and 5 F) from 7 territories between June and September 2009. We excluded all data from 2009, and used data only from 2010 and 2011 in our analysis. This was to allow trackers sufficient time to learn the study area and become proficient in radio-tracking, and because the 2009 data did not incorporate that year's entire breeding season. We obtained a sufficient sample of locations for 8 owls (5 M and 3 F) from 5 territories to include in habitat-selection analysis. Seven owls were tracked for 2 years, but 1 male shifted territories mid-breeding season, so we excluded his data for that year. Another male was tracked for 1 year only. We obtained 765 independent foraging locations for all owls, with 464 locations in 2010 and 301 in 2011 (average/owl/year = 58 in 2010 and 43 in 2011, range: 35–76/owl/year).

**Foraging Habitat Selection**
Histograms of proportion of different burn severities within the available habitat plots showed the majority of plots with the low-severity and unburned condition were either 0 or 1 and the majority of plots with moderate and high severity were 0, but all other proportions were uniformly distributed at all 3 spatial extents (Fig. S2, available online in Supporting Information). There were no plots with a proportion >0.85 moderate severity.

We considered the number of parameters in our models to be adequate (i.e., models were not over-fitted) because standard errors were estimable and reasonable. Results for post-fire selection of foraging habitat indicated slightly different models best described selection in each of the spatial extents (Table 2). Coefficient estimates for variables describing foraging location selection from the 3 extents (Fig. 2) revealed some areas of agreement (convergence of coefficient estimates), and some areas of disagreement (non-convergence of coefficient estimates) based on our definition

of convergence. At all spatial extents, coefficients converged and indicated significant selection for locations close to riparian vegetation (Table 3; Fig. 2). At the MCP and CR spatial extents, coefficient estimates converged and indicated significant selection for foraging locations that were close to the nest or home range centroid (Table 3, Fig. 2). For the UD, the sign of the coefficient for distance from center was the same as the MCP and CR, but standard errors did not overlap. Coefficient estimates for most variables related to forest burn severity varied among spatial extents, did not converge, and were not significant, with the exception of proportion of moderate-severity × distance from center in the CR analysis (Table 3, Fig. 2).

When we used UD as the available habitat, the top-ranked and second-ranked models had nearly the same weight (0.44 and 0.40; Table 2), and differed only in the presence or absence of forest burn-severity covariates, indicating forest burn severities were not significant effects. Confidence intervals of selection ratios for high and moderate burn severity included 1 (Table 3), meaning they were used in proportion to their availability. The lower confidence interval of the selection ratio for unburned or low severity forest was slightly above 1, suggesting possible selection for this condition at this spatial extent, but none of the model-averaged beta estimates for any of the forest burn-severity effects were statistically significant (Table 3).

The top model using MCP as the available habitat carried a majority of the weight (0.89) and was far superior to the second-ranked model (Table 2). This model included forest burn-severity effects, but the confidence intervals of selection ratios for burn-severity effects included 1 (Table 3), which meant all burn severities were used in proportion to their availability.

When we used CR as the available habitat, 2 competing top models with similar weights (0.40 and 0.38; Table 2) both included effects of forest burn severity and interactions between burn severity and distance from center. Confidence intervals of selection ratios for forest burn-severity effects indicated most burn severities were used in proportion to their availability, but owls positively selected moderately burned forest farther from the center (Table 3).

Foraging locations were negatively correlated with elevation in the smallest (UD) and largest extents (CR) of available habitat (Table 3). Moreover, females foraged at different distances from the center than males in the 2 largest extents (MCP and CR) of available habitat (Table 3). Using model-averaged parameter estimates and standard errors from top and competing models, we estimated final RSFs for the 3 available habitat extents. All RSFs included significant variables for distance from center (DC) and distance to riparian (DR), but only the RSF for the CR included any significant variables for burn severity (moderate [MOD]). We estimated RSFs for each habitat area as:

UD $w(x) = \exp(-1.048(DC) + 0.015(DC^2) - 0.286$ (elevation) $- 4.120(DR) + 0.813(DR^2))$,
MCP $w(x) = \exp(0.108(\text{female}) + 0.009(\text{female} \times DC)$ $- 0.039(\text{female} \times DC^2) - 2.911(DC) + 0.086(DC^2)$ $- 3.594(DR) + 0.701(DR^2))$, and

CR $w(x) = \exp(0.503(\text{female}) - 1.605(\text{female} \times \text{DC}) + 0.044(\text{female} \times \text{DC}^2) - 2.771(\text{DC}) + 0.004(\text{DC}^2) - 0.449(\text{elevation}) - 4.474(\text{DR}) + 0.815(\text{DR}^2) + 0.027 (\text{MOD}) + 1.194(\text{MOD} \times \text{DC}))$.

## DISCUSSION

For millennia, wildfire in southern California has been a primary natural disturbance shaping forests inhabited by California spotted owls (Minnich et al. 2000). From 2003 to 2007, spotted owl territories in the region were especially affected by wildfire, with >40% of 168 breeding sites monitored by USFS biologists in the San Bernardino and San Jacinto mountains experiencing ≥1 fire (Lee et al. 2013). Despite the strong influence of fire in the region's forests and concern over the conservation status of the subspecies (LaHaye et al. 2004), we are unaware of any previous study to describe foraging habitat selection by radio-tagged spotted owls in southern California.

Table 3. Model-averaged beta estimates, standard errors, $P$-values, and selection ratios for models describing probability of use by 8 foraging California spotted owls during 2010–2011 in the area of the Slide Fire of 2007, San Bernardino National Forest, California, USA, based on maximum likelihood estimation. Results are from a censored dataset excluding owls with <5% high-severity fire in their available habitat areas. Asterisks are significant explanatory variables ($P < 0.05$). We investigated foraging habitat selection for 3 spatial extents of available habitat: utilization distribution, minimum convex polygon, and capture radius.

| Covariate[a] | Estimate | SE | $P$ | Selection ratio | 95% selection ratio CI Lower | Upper |
|---|---|---|---|---|---|---|
| Utilization distribution | | | | | | |
| (Intercept) | −0.486 | 0.516 | | | | |
| DC* | −1.048 | 0.269 | 0.020 | 0.351 | 0.207 | 0.594 |
| DC²* | 0.015 | 0.004 | 0.017 | 1.015 | 1.008 | 1.023 |
| Elevation* | −0.286 | 0.103 | 0.036 | 0.751 | 0.614 | 0.919 |
| DR* | −4.120 | 1.067 | 0.020 | 0.016 | 0.002 | 0.131 |
| DR²* | 0.813 | 0.166 | 0.013 | 2.255 | 1.629 | 3.123 |
| HI | 0.547 | 0.430 | 0.122 | 1.727 | 0.743 | 4.014 |
| MOD | 0.631 | 0.412 | 0.095 | 1.879 | 0.838 | 4.215 |
| LO | 0.745 | 0.377 | 0.065 | 2.106 | 1.006 | 4.409 |
| HI×DC | −0.014 | 0.131 | 0.315 | 0.986 | 0.763 | 1.274 |
| MOD×DC | −0.023 | 0.125 | 0.308 | 0.977 | 0.765 | 1.249 |
| LO×DC | −0.074 | 0.119 | 0.230 | 0.929 | 0.735 | 1.174 |
| Minimum convex polygon | | | | | | |
| (Intercept) | −0.495 | 0.943 | | | | |
| Female | 0.108 | 0.309 | 0.284 | 1.114 | 0.608 | 2.039 |
| Female×DC | 0.009 | 0.503 | 0.318 | 1.009 | 0.376 | 2.706 |
| Female×DC²* | −0.039 | 0.016 | 0.049 | 0.962 | 0.932 | 0.994 |
| DC* | −2.911 | 0.484 | 0.009 | 0.054 | 0.021 | 0.140 |
| DC²* | 0.086 | 0.016 | 0.010 | 1.090 | 1.057 | 1.124 |
| DR* | −3.594 | 1.077 | 0.026 | 0.027 | 0.003 | 0.227 |
| DR²* | 0.701 | 0.168 | 0.017 | 2.017 | 1.452 | 2.800 |
| HI | 0.111 | 0.939 | 0.314 | 1.117 | 0.178 | 7.034 |
| MOD | 0.373 | 0.922 | 0.274 | 1.452 | 0.238 | 8.848 |
| LO | 1.497 | 0.904 | 0.085 | 4.467 | 0.760 | 26.252 |
| HI×DC | −0.010 | 0.079 | 0.313 | 0.990 | 0.848 | 1.156 |
| MOD×DC | 0.041 | 0.076 | 0.246 | 1.042 | 0.897 | 1.211 |
| LO×DC | 0.017 | 0.074 | 0.302 | 1.017 | 0.880 | 1.175 |
| Capture radius | | | | | | |
| (Intercept) | −0.044 | 0.760 | | | | |
| Female | 0.503 | 0.254 | 0.065 | 1.653 | 1.005 | 2.720 |
| Female×DC* | −1.605 | 0.306 | 0.011 | 0.201 | 0.110 | 0.366 |
| Female×DC²* | 0.044 | 0.008 | 0.010 | 1.045 | 1.029 | 1.061 |
| DC* | −2.771 | 0.457 | 0.008 | 0.063 | 0.026 | 0.153 |
| DC² | 0.004 | 0.005 | 0.185 | 1.004 | 0.994 | 1.014 |
| Elevation* | −0.449 | 0.119 | 0.021 | 0.638 | 0.505 | 0.806 |
| Slope | 0.003 | 0.002 | 0.094 | 1.003 | 0.999 | 1.008 |
| Aspect | −0.234 | 0.126 | 0.072 | 0.791 | 0.618 | 1.014 |
| DR* | −4.474 | 0.895 | 0.012 | 0.011 | 0.002 | 0.066 |
| DR²* | 0.815 | 0.144 | 0.010 | 2.258 | 1.705 | 2.992 |
| HI | −0.693 | 0.812 | 0.184 | 0.500 | 0.102 | 2.458 |
| MOD | 0.027 | 0.789 | 0.318 | 1.027 | 0.219 | 4.819 |
| LO | 0.927 | 0.735 | 0.123 | 2.527 | 0.598 | 10.682 |
| HI×DC | 0.718 | 0.444 | 0.088 | 2.051 | 0.859 | 4.896 |
| MOD×DC* | 1.194 | 0.419 | 0.035 | 3.299 | 1.452 | 7.496 |
| LO×DC | 0.499 | 0.404 | 0.126 | 1.647 | 0.746 | 3.638 |
| Edge | −0.250 | 0.122 | 0.061 | 0.779 | 0.613 | 0.989 |

[a] DC = distance from territory center, DR = distance to riparian, HI = proportion high-severity burned forest, MOD = proportion moderate-severity burned forest, LO = proportion low-severity burned and unburned forest.

We found at all extents of available habitat, these spotted owls strongly selected foraging sites close to their territory center, and close to riparian areas. Resource selection functions suggested forest burn severity was not significantly associated with probability of use, meaning burned forests were generally used in proportion to availability, with the exception of selection for moderate-severity burned forests farther from the territory center at the largest available habitat extent (CR).

**Foraging Habitat Selection**

The influence of distance from territory center was expected because spotted owls are central-place foragers (Rosenberg and McKelvey 1999; Glenn et al. 2004; Irwin et al. 2007, 2012; Bond et al. 2009). Results from studies of foraging spotted owls that do not include this effect should be interpreted with caution.

Our results suggest that riparian habitats are especially important to spotted owls in southern California. Riparian habitats also were significant foraging areas for California spotted owls (Irwin et al. 2007) and northern spotted owls (Irwin et al. 2012) in long-unburned forests in more northerly regions. Woodrats (*Neotoma* spp.) often are associated with streamside forests; mean woodrat densities in the San Gabriel Mountains of southern California were highest in riparian-hardwood communities (Horton and Wright 1944), and streamside forests in the relatively dry eastern Olympic Peninsula, where streams were narrow, deeply cut, and near boulder fields, had the highest average densities of bushy-tailed woodrats (*N. cinerea*) of all sites sampled in western Oregon and Washington (Carey et al. 1999). Verner et al. (1992:7) noted that diverting surface water and mining ground water in southern California threaten the associated riparian woodlands. Loss or degradation of riparian habitat as a consequence of anthropogenic water diversions, as well as reduced snowpack levels, drought, and warmer temperatures linked to climate change, is likely to adversely affect the spotted owl in southern California and throughout its range.

The owls in our study in southern California used high-severity burned forest, and all other burn severities, generally in proportion to availability during the main condition of interest to us) was largely unavailable to them. Frair et al. (2010) noted that in selection analyses, rare habitats are subject to false negatives (type-II errors), whereas common types are subject to false positives (type-I errors); therefore, we think our methodology of censoring owls whose available habitat areas contained <5% high-severity forest fire provided us with a more robust selection probability for this type and reduced our probability of type-II error. Our parameter estimates from the kernels were similar between full and censored datasets, because the kernel extent is already restricted to used areas.

Using point location estimates increases the probability of incorrect conclusions about habitat preference relative to buffered telemetry-error circles (Rettie and McLoughlin 1999). Our methodology of replacing point locations with buffered error circles and analyzing composition of the area

The only other published study of California spotted owl habitat selection in a burned landscape used the CR as available habitat in the southern Sierra Nevada, and reported owls selected high-severity burned forest for foraging (Bond et al. 2009). Bond et al. (2009) recommended burned forests within 1.5 km of spotted owl nests and roosts in the Sierra Nevada be protected from post-fire logging. Because spotted owls also foraged in severely burned forests in our southern California study area, we suggest that complex early seral forests (DellaSala et al. 2014) within California spotted owl home ranges in both regions be considered potentially suitable foraging habitat.

**Available Habitat Extent, Censoring Data, and Buffer Circles**

A graphical comparison of model-averaged covariate coefficients from the 3 spatial extents of availability samples revealed some disagreement regarding forest burn-severity effects (Fig. 2), underscoring the importance of spatial extent when defining available habitat. In this study, high-severity burned forest was our primary vegetation condition of interest, but between the largest and smallest extents of our availability samples, the coefficient sign for this parameter differed. Beyer et al. (2010) illustrated how quantifying preference for one habitat over another is sensitive to the researcher's subjective decision about how available habitat is sampled. In their simulated dataset using different extents of availability, used points remained unchanged, but regression coefficients for selection varied according to extent—even differing in sign. Their statistical preference changed only because the relative availability of the vegetation types changed across extents. Thus, positive or negative preference for a given habitat is conditional upon the defined sample of availability. Beyer et al. (2010) described how selection coefficients can be negatively correlated with the proportion of a given habitat being available. However, in our study, we found no trend of high-severity burned conditions increasing or decreasing as spatial extent increased (Table 1); therefore, we contend our coefficients were not significantly biased by spatial extent of the availability sample.

Our methodology also involved censoring individuals if high-severity burned forest (the main condition of interest to us) was largely unavailable to them. Frair et al. (2010) noted that in selection analyses, rare habitats are subject to false negatives (type-II errors), whereas common types are subject to false positives (type-I errors); therefore, we think our methodology of censoring owls whose available habitat areas contained <5% high-severity forest fire provided us with a more robust selection probability for this type and reduced our probability of type-II error. Our parameter estimates from the kernels were similar between full and censored datasets, because the kernel extent is already restricted to used areas.

Using point location estimates increases the probability of incorrect conclusions about habitat preference relative to buffered telemetry-error circles (Rettie and McLoughlin 1999). Our methodology of replacing point locations with buffered error circles and analyzing composition of the area

of the plot rather than the point, accounted for the inherent imprecision of telemetry locations and increased the accuracy of determining habitat selection but reduced precision and may have diminished our power to detect statistically significant selection (Rettie and McLoughlin 1999, Frair et al. 2010). A buffer usually will contain variation unless vegetation patch size is much larger than error circle size (i.e., includes only 1 vegetation category). However, the inclusion of different burn severities within a buffered circle enabled us to determine whether owls were selecting edges between forest burn-severity categories. We found no statistically significant evidence that spotted owls selected edges in this burned landscape.

## MANAGEMENT IMPLICATIONS

We suggest researchers perform selection analyses at multiple spatial extents of availability and report the sensitivity of coefficient estimates, censor individuals with unacceptably low amounts of a particular habitat of interest within their availability sample, and use buffered circles rather than point location estimates to decrease the probability of type-II errors. We found that extent of defined availability affected selection of burned forest categories, but not in terms of distance to center or distance to riparian, the strongest effects in these data. Our preferred method was to use the more-inclusive MCP or CR, which represents most habitat theoretically available based on the sample of radio-telemetry locations, while excluding non-habitat, such as treeless areas in the case of spotted owls, within the boundaries of the MCP or CR. Non-habitat should be defined by previous studies of habitat selection or expert opinion, but we urge the researcher to be open to re-defining suitable habitat as information on selection in previously unstudied vegetation associations becomes available.

High-severity fires may eliminate some nesting and roosting stands for California spotted owls, but they can enhance foraging opportunities during breeding (Bond et al. 2009) and non-breeding seasons (Ganey et al. 2014). The present study provides additional evidence that forests burned by high-severity fire should be considered potentially suitable foraging habitat for California spotted owls because they were used in proportion to their availability. We documented significant selection for riparian areas in all available habitat extents. We recommend maintaining or, if necessary, implementing protective measures and management activities that conserve water and streamside forests, and monitoring the effects of land management activities on the owl's riparian-associated small-mammal prey.

## ACKNOWLEDGMENTS

We are grateful to K. Carter, D. Farr, B. Gill, T. Hoggan, T. Lavictore, M. Rathburn, R. Tanner, and S. Wolfe for radio-tracking owls from 2009 to 2011. R. Eliason provided us with radio-telemetry data, and M. Borchert and R. Tanner gave us details on field methodology. M. Tingley provided methodology and R code for the home-range bootstrapping analysis. L. Irwin commented on an earlier draft of this manuscript. Environment Now Foundation supported data analysis with a grant to M. Bond.

## LITERATURE CITED

Aarts, G. A., J. Fieberg, S. Brasseur, and J. Matthiopoulos. 2013. Quantifying the effect of habitat availability on species distributions. Journal of Animal Ecology 82:1135–1145.

Baker, W. L. 2014. Historical northern spotted owl habitat and old-growth dry forests maintained by mixed-severity wildfires. Landscape Ecology 30:655–666.

Bates, D. M., M. Maechler, and B. Bolker. 2012. Lme4: linear mixed-effects models using S4 classes. R package version 1.1-7. http://CRAN.R-project.org/package=lme4. Accessed 15 Jun 2012.

Beyer, H. L., D. T. Haydon, J. M. Morales, J. L. Frair, M. Hebblewhite, M. Mitchell, and J. Matthiopoulos. 2010. The interpretation of habitat preference metrics under use-availability designs. Philosophical Transactions of the Royal Society 365:2245–2254.

Bond, M. L., D. E. Lee, R. B. Siegel, and M. W. Tingley. 2013. Diet and home-range size of California spotted owls in a burned forest. Western Birds 44:114–126.

Bond, M. L., D. E. Lee, R. B. Siegel, and J. P. Ward Jr. 2009. Habitat use and selection by California spotted owls in a postfire landscape. Journal of Wildlife Management 73:1116–1124.

Burnham, K. P., and D. R. Anderson. 2002. Model selection and multimodel inference: a practical information-theoretic approach. Second edition. Springer-Verlag, New York, New York, USA.

Buskirk, S. W., and J. J. Millspaugh. 2006. Metrics for studies of resource selection. Journal of Wildlife Management 70:358–366.

Carey, A. B., S. P. Horton, and B. L. Biswell. 1992. Northern spotted owls: influence of prey base and landscape character. Ecological Monographs 62:223–250.

Carey, A. B., C. C. Maguire, B. L. Biswell, and T. M. Wilson. 1999. Distribution and abundance of Neotoma in Western Oregon and Washington. Northwest Science 73:65–80.

Carey, A. B., and K. C. Peeler. 1995. Spotted owls: resource and space use in mosaic landscapes. Journal of Raptor Research 29:223–239.

DellaSala, D. A., M. L. Bond, C. T. Hanson, R. L. Hutto, and D. C. Odion. 2014. Complex early seral forests of the Sierra Nevada: what are they and how can they be managed for ecological integrity? Natural Areas Journal 34:310–324.

Forsman, E. D. 1983. Methods and materials for locating and studying spotted owls. USDA Forest Service General Technical Report PNW-162, Pacific Northwest Forest and Range Experiment Station, Portland, Oregon, USA.

Forsman, E. D., E. C. Meslow, and H. M. Wright. 1984. Distribution and biology of the spotted owl in Oregon. Wildlife Monographs 87:3–64.

Frair, J. L., J. Fieberg, M. Hebblewhite, F. Cagnacci, N. J. DeCesare, and L. Pedrotti. 2010. Resolving issues of imprecise and habitat-biased locations in ecological analyses using GPS telemetry data. Philosophical Transactions of the Royal Society B. 365:2187–2200.

Franklin, A. B., D. R. Anderson, E. D. Forsman, K. P. Burnham, and F. W. Wagner. 1996. Methods for collecting and analyzing demographic data on the northern spotted owl. Studies in Avian Biology 17:12–20.

Ganey, J. L., S. C. Kyle, T. A. Rawlinson, D. L. Apprill, and J. P. Ward Jr. 2014. Relative abundance of small mammals in nest core areas and burned wintering areas of Mexican spotted owls in the Sacramento Mountains, New Mexico. Wilson Journal of Ornithology 126:47–52.

Glenn, E. M., M. C. Hansen, and R. G. Anthony. 2004. Spotted owl home-range and habitat use in young forests of western Oregon. Journal of Wildlife Management 68:33–50.

Guetterman, J. H, J. A. Burns, J.A. Reid, R. B. Horn, and C. C. Foster. 1991. Radio telemetry methods for studying spotted owls in the Pacific Northwest. USDA Forest Service General Technical Report PNW-272, Pacific Northwest Research Station, Portland, Oregon, USA.

Gutiérrez, R. J., A. B. Franklin, and W. S. LaHaye. 1995. Spotted owl (*Strix occidentalis*). Account 179 *in* A. Poole and F. Gill, editors. The birds of North America. The Philadelphia Academy of Sciences and The American Ornithologists' Union, Washington, D.C., USA.

Hanson, C. T., and M. North. 2009. Post-fire survival and flushing in three Sierra Nevada conifers with high initial crown scorch. International Journal of Wildland Fire 18:857–864.

Horton, J. S., and J. T. Wright. 1944. The woodrat as an ecological factor in southern California watersheds. Ecology 25:341–351.

Irwin, L. L., L. A. Clark, D. C. Rock, and S. L. Rock. 2007. Modeling foraging habitat of California spotted owls. Journal of Wildlife Management 71:1183–1191.

Irwin, L. L., D. F. Rock, and S. C. Rock. 2012. Habitat selection by northern spotted owls in mixed-coniferous forests. Journal of Wildlife Management 76:200–213.

Johnson, C. J., S. E. Nielsen, E. H. Merrill, T. L. McDonald, and M. S. Boyce. 2006. Resource selection functions based on use-availability data: theoretical motivation and evaluation methods. Journal of Wildlife Management 70:347–357.

Johnson, D. H. 1980. The comparison of usage and availability measurements for evaluating resource preference. Ecology 61:65–71.

Kabacoff, R. I. 2011. R in action: data analysis and graphics with R. Manning Publications, Shelter Island, New York, USA.

Keeley, J. E. 2009. Fire intensity, fire severity and burn severity: a brief review and suggested usage. International Journal of Wildland Fire 18:116–126.

Keeley, J. E., H. S. Safford, C. J. Fotheringham, J. Franklin, and M. Moritz. 2009. The 2007 southern California wildfires: lessons in complexity. Journal of Forestry 107:287–296.

LaHaye, W. S., R. J. Gutiérrez, and H. R. Akçakaya. 1994. Spotted owl metapopulation dynamics in southern California. Journal of Animal Ecology 63:775–785.

LaHaye, W. S., G. S. Zimmerman, and R. J. Gutiérrez. 2004. Temporal variation in the vital rates of an insular population of spotted owls (Strix occidentalis occidentalis): contrasting effects of weather. Auk 121:1056–1069.

Laymon, S. A. 1988. The ecology of the spotted owl in the central Sierra Nevada, California. Dissertation, University of California, Berkeley, USA.

Lee, D. E., and M. L. Bond. 2015. Previous year's reproductive state affects spotted owl site occupancy and reproduction responses to natural and anthropogenic disturbances. Condor 117:307–319.

Lee, D. E., M. L. Bond, M. I. Borchert, and R. Tanner. 2013. Influence of fire and salvage logging on site occupancy of spotted owls in the San Bernardino and San Jacinto Mountains of southern California. Journal of Wildlife Management 77:1327–1341.

Lee, D. E., M. L. Bond, and R. B. Siegel. 2012. Dynamics of breeding-season site occupancy of the California spotted owl in burned forests. Condor 114:792–802.

Manly, B. F. J., L. L. McDonald, D. L. Thomas, T. L. McDonald, and W. P. Erickson. 2002. Resource selection by animals: statistical design and analysis for field studies. Second edition. Kluwer Academic, Dordrecht, The Netherlands.

McDonald, T. L., B. F. Manly, R. M. Nielson, and L. V. Diller. 2006. Discrete-choice modeling in wildlife studies exemplified by northern spotted owl nighttime habitat selection. Journal of Wildlife Management 70:375–383.

Miller, J. D., E. E. Knapp, C. H. Key, C. N. Skinner, C. J. Isbell, R. M. Creasy, and J. W. Sherlock. 2009. Calibration and validation of the relative differenced normalized burn ratio (RdNBR) to three measures of fire severity in the Sierra Nevada and Klamath Mountains, California, USA. Remote Sensing of Environment 113:645–656.

Minnich, R. A. 1988. The biogeography of fire in the San Bernardino Mountains of California. University of California Publications in Geography 27:1–121.

Minnich, R. A., M. G. Barbour, J. H. Burk, and J. Sosa-Ramirez. 2000. Californian mixed-conifer forests under unmanaged fire regimes in the Sierra San Pedro Martir, Baja California, Mexico. Journal of Biogeography 27:105–129.

Mohr, C. O. 1947. Table of equivalent populations of North American small mammals. American Midland Naturalist 37:223–249.

Northrup, J. M., M. B. Hooten, C. R. Anderson Jr., and G. Wittemyer. 2013. Practical guidance on characterizing availability in resource selection functions under a use-availability design. Ecology 94:1456–1463.

Rettie, W. J., and P. D. McLoughlin. 1999. Overcoming radiotelemetry bias in habitat-selection studies. Canadian Journal of Zoology 77:1175–1184.

R Core Development Team. 2013. R: a language and environment for statistical computing. R Foundation for Statistical Computing, Vienna, Austria.

Rosenberg, D. K., and K. S. McKelvey. 1999. Estimation of habitat selection for central-place foraging animals. Journal of Wildlife Management 63:1028–1038.

Rota, C. T., J. J. Millspaugh, D. C. Kesler, C. P. Lehman, M. A. Rumble, and C. M. B. Jachowski. 2013. A re-evaluation of a case-control model with contaminated controls for resource selection studies. Journal of Animal Ecology 82:1165–1173.

Sawyer, S. C., and J. S. Brashares. 2013. Applying resource selection functions at multiple scales to prioritize habitat use by the endangered Cross River gorilla. Diversity and Distributions 19:943–954.

Seaman, D. E., J. J. Millspaugh, B. J. Kernohan, G. C. Brundige, K. J. Raedeke, and R. A. Gitzen. 1999. Effects of sample size on kernel home range estimates. Journal of Wildlife Management 63:739–747.

Silverman, B. W. 1986. Density estimation for statistics and data analysis. Chapman and Hall, London, United Kingdom.

Stephenson, J. R., and G. M. Calcarone. 1999. Southern California mountains and foothills assessment. USDA Forest Service General Technical Report PSW- 172, Albany, California, USA.

Tingley, M. W., R. L. Wilkerson, M. L. Bond, C. A. Howell, and R. B. Siegel. 2014. Variation in home-range size of black-backed woodpeckers. Condor 16:325–340.

Verner, J., K. S. McKelvey, B. R. Noon, R. J. Gutiérrez, G. I. Gould Jr. and T. W. Beck. 1992. Assessment of the current status of the California spotted owls, with recommendations for management. Pages 3–26 in J. Verner, K. S. McKelvey, B. R. Noon, R. J. Gutiérrez, G. I. Gould, and T. W. Beck, technical coordinators. The California spotted owl: a technical assessment of its current status. USDA Forest Service General Technical Report PSW-133, Albany, California, USA.

Ward, J. P. Jr., R. J. Gutiérrez, and B. R. Noon. 1998. Habitat selection by northern spotted owls: the consequences of prey selection and distribution. Condor 100:79–92.

Weatherspoon, C. P., S. J. Husari, J. W. van Wagtendonk. 1992. Fire and fuels management in relation to owl habitat in forests of the Sierra Nevada and southern California. Pages 247–260 in J. Verner, K. S. McKelvey, B. R. Noon, R. J. Gutiérrez, G. I. Gould, and T. W. Beck, technical coordinators. The California spotted owl: a technical assessment of its current status. USDA Forest Service General Technical Report PSW-133, Albany, California, USA.

Williams, P. J., R. J. Gutiérrez, and S. A. Whitmore. 2011. Home range and habitat selection of spotted owls in the central Sierra Nevada. Journal of Wildlife Management 75:333–343.

Worton, B. J. 1989. Kernel methods for estimating the utilization distribution in home-range studies. Ecology 70:164–168.

Worton, B.J. 1995. Using Monte Carlo simulations to evaluate kernel-based home range estimators. Journal of Wildlife Management 59:794–800.

Zabel, C. J., K. McKelvey, and J. P. Ward Jr. 1995. Influence of primary prey on home-range size and habitat-use patterns of northern spotted owls (Strix occidentalis caurina). Canadian Journal of Zoology 73:433–439.

Zabel, C. J., G. N. Steger, K. S. McKelvey, G. P. Eberlein, B. R. Noon, and J. Verner. 1992. Home-range size and habitat-use patterns of California spotted owls in the Sierra Nevada. Pages 149–164 in J. Verner, K. S. McKelvey, B. R. Noon, R. J. Gutiérrez, G. I. Gould, and T. W. Beck, technical coordinators. The California spotted owl: a technical assessment of its current status. USDA Forest Service General Technical Report PSW-133, Albany, California, USA.

Zimmerman, G. S., W. S. LaHaye, and R. J. Gutiérrez. 2001. Breeding-season home ranges of spotted owls in the San Bernardino Mountains, California. Western Birds 32:83–87.

Associate Editor: James Sheppard.

## SUPPORTING INFORMATION

Additional supporting information may be found in the online version of this article at the publisher's website.

# BAKER DECLARATION

# ATTACHMENT C

# BESCHTA et al. 2004 - Postfire Management on Forested Public Lands of the Western United States

# Postfire Management on Forested Public Lands of the Western United States

ROBERT L. BESCHTA,*††† JONATHAN J. RHODES,† J. BOONE KAUFFMAN,‡
ROBERT E. GRESSWELL,§ G. WAYNE MINSHALL,** JAMES R. KARR,†† DAVID A. PERRY,‡‡ ‡‡‡
F. RICHARD HAUER,§§ AND CHRISTOPHER A. FRISSELL***

*Department of Forest Engineering, Oregon State University, Corvallis, OR 97331, U.S.A.
†Senior Fishery Scientist-Hydrologist, Columbia River Inter-Tribal Fish Commission, 729 NE Oregon Street, Portland, OR 97232, U.S.A.
‡Department of Fisheries and Wildlife, Oregon State University, Corvallis, OR 97331, U.S.A.
§U.S. Geological Survey, Forest and Rangeland Ecosystem Science Center, 3200 SW Jefferson Way, Corvallis, OR 97331, U.S.A.
**Department of Biological Sciences, Idaho State University, Pocatello, ID 83209, U.S.A.
††Box 305020, University of Washington, Seattle, WA 98195-5020, U.S.A.
‡‡Department of Forest Science, Oregon State University (Emeritus), Corvallis, OR 97331, U.S.A.
§§Flathead Lake Biological Station, University of Montana, Polson, MT 59860, U.S.A.
***The Pacific Rivers Council, Polson, MT 59860, U.S.A.

**Abstract:**  *Forest ecosystems in the western United States evolved over many millennia in response to disturbances such as wildfires. Land use and management practices have altered these ecosystems, however, including fire regimes in some areas. Forest ecosystems are especially vulnerable to postfire management practices because such practices may influence forest dynamics and aquatic systems for decades to centuries. Thus, there is an increasing need to evaluate the effect of postfire treatments from the perspective of ecosystem recovery. We examined, via the published literature and our collective experience, the ecological effects of some common postfire treatments. Based on this examination, promising postfire restoration measures include retention of large trees, rehabilitation of firelines and roads, and, in some cases, planting of native species. The following practices are generally inconsistent with efforts to restore ecosystem functions after fire: seeding exotic species, livestock grazing, placement of physical structures in and near stream channels, ground-based postfire logging, removal of large trees, and road construction. Practices that adversely affect soil integrity, persistence or recovery of native species, riparian functions, or water quality generally impede ecological recovery after fire. Although research provides a basis for evaluating the efficacy of postfire treatments, there is a continuing need to increase our understanding of the effects of such treatments within the context of societal and ecological goals for forested public lands of the western United States.*

**Key Words:**  ecological principles, postfire treatments, restoration, salvage logging, wildland fire

Gestión Post-Incendio en Terrenos Boscosos Públicos en el Oeste de E. U. A.

**Resumen:**  *Los ecosistemas boscosos en el oeste de Estados Unidas evolucionaron a lo largo de muchos milenios en respuesta a perturbaciones tales como incendios naturales. Sin embargo, las prácticas de uso y gestión del suelo han alterado estos ecosistemas, incluyendo los regímenes de fuego en algunas áreas. Los ecosistemas boscosos son especialmente vulnerables a las prácticas de gestión post-incendio porque tales prácticas pueden influir en la dinámica del bosque y en los sistemas acuáticos de décadas hasta siglos. Por tanto, hay una mayor necesidad de evaluar el efecto de tratamientos post-incendio desde la perspectiva de la recuperación*

†††email robert.beschta@oregonstate.edu
‡‡‡Current address: P.O. Box 8, Kapua'u, HI 96755, U.S.A.
Paper submitted October 28, 2003; revised manuscript accepted November 20, 2003.

*del ecosistema. Examinamos, vía la literatura publicada y nuestra experiencia colectiva, los efectos ecológicos de algunos tratamientos post-incendio comunes. Con base en esa examinación, las medidas de restauración post-incendio prometedoras incluyen la retención de árboles grandes, la rehabilitación de guardarrayas y caminos y, en algunos casos, la siembra de especies nativas. Las siguientes generalmente son inconsistentes con los esfuerzos para restaurar funciones del ecosistema después del incendio: siembra de especies exóticas, pastoreo, colocación de estructuras físicas en y cerca del canal de arroyos, tala post-incendio, remoción de árboles grandes y construcción de caminos. Las prácticas que adversamente afectan la integridad del suelo, la persistencia o recuperación de especies nativas, las funciones riparias o la calidad del agua generalmente impiden la recuperación ecológica después del incendio. Aunque la investigación proporciona una base para evaluar la eficacia de los tratamientos post-incendio, existe la necesidad de incrementar nuestro entendimiento de los efectos de dichos tratamientos en el contexto de metas sociales y ecológicas para los terrenos boscosos públicos del oeste de Estados Unidos.*

**Palabras Clave:** incendio en terreno silvestre, principios ecológicos, restauración, tala de salvamento, tratamientos post-incendio

---

## Introduction

Wildland fires are disturbances that occur with long recurrence intervals and generally high severity in some forest types and with shorter intervals and lower severity in others (Pyne 1984; Walstad et al. 1990; Agee 1993). For millennia, wildland fires have arguably been the most important disturbance process throughout many western forests (Hessburg & Agee 2003). Seedling germination and establishment, growth patterns, plant community composition and structure, rates of mortality, soil productivity, and other properties and processes of western forest ecosystems are often strongly influenced and shaped by fire disturbance regimes. Even so, perhaps the most controversial aspect of western land management at present is the ecology of fire and fire management.

Land and fire management practices across the western United States have profoundly affected forest, grassland, and aquatic ecosystems by fragmenting ecosystems, simplifying or destroying habitats, and modifying disturbance regimes (McIntosh et al. 1994; Keane et al. 2002; Hessburg & Agee 2003). Cumulatively, these practices have altered ecosystems to the point where local and regional extirpation of sensitive species is increasingly common (Rieman et al. 1997; Thurow et al. 1997). Consequently, the integrity of many terrestrial and aquatic systems has been severely degraded at every level of biological organization, among populations, communities, assemblages, and species (Nehlsen et al. 1991; Frissell 1993; Rieman et al. 2003).

For more than a century, wildland fires have been perceived as the major "threat" to the health of forest ecosystems, and management programs have too often ignored the interaction of human activities and altered fire regimes as a force for change in regional landscapes. For example, human perturbations often produce conditions outside the evolutionary and ecological tolerance limits of native species. In our quest as a society to control some types of forest disturbances, such as wildland fire, insects, and diseases, we have often failed to recognize the vital role these forces play in sustaining ecosystem integrity and biodiversity. In other instances, we have created additional anthropogenic disturbances (e.g., increased sediment production and altered water quality) without adequately recognizing the significance of these activities to landscapes and aquatic systems. Thus, a continuing emphasis on fire suppression and postfire salvage logging on public lands addresses symptoms rather than causes and does not acknowledge the natural dynamics and restoration needs of forest ecosystems.

We reviewed postfire management practices within the context of ecological restoration. Based on this review, we propose guidelines for postfire management aimed at maintaining or restoring the integrity of forested landscapes and their dependent freshwater systems. Only by maintaining crucial ecological processes can we expect to sustain renewable resource systems. Two general themes emerge throughout this paper: (1) native species are adapted to natural patterns and processes of disturbance that produce and maintain diverse ecosystems, and (2) reducing the negative effects of past management practices and avoiding additional impacts of future practices will promote regional recovery of biodiversity. We suggest that understanding these themes is necessary for maintaining viable populations of native species, protecting critical ecosystem functions and services, and meeting stated objectives in laws governing federal land management in the United States (e.g., the Wilderness Act, the Clean Water Act, the Threatened and Endangered Species Act, the National Forest Management Act).

## Wildland Fire and Postfire Management in a Landscape Context

Scientific assessments of the current condition of forested systems in the western United States consistently yield the

same broad conclusions: a century or more of road building, logging, grazing, mining, fire suppression, and water withdrawals, in conjunction with the loss of key species and the introduction of exotic species, have degraded watersheds, modified streamflows and water quality, altered ecosystem processes, and decreased biological diversity (e.g., Chamberlin et al. 1991; Furniss et al. 1991; Fleischner 1994; Terborgh et al. 1999; U.S. Department of Agriculture Forest Service 2000). Such conclusions have been documented for a variety of areas and over a wide range of scales (Leopold 1937; Henjum et al. 1994; McIntosh et al. 1994; CWWR 1996; Espinosa et al. 1997; Kessler et al. 2001). Past and present actions limit the capacity for ecosystem recovery and reduce the range and abundance of many native species (Williams & Miller 1990; Nehlsen et al. 1991; Quigley & Arbelbide 1997). Thus, forests of the western United States can be viewed as a sea of compromised or degraded ecosystems surrounding a few relatively intact "islands" (Frissell 1993). These intact areas typically retain the full complement of regionally appropriate species and the processes that sustain those species (all the "parts and processes" of healthy regional landscapes; Karr 2000).

Although postfire landscapes are often portrayed as "disasters" in human terms, from an ecological perspective they are the result of vital disturbance processes in forests. The biota of these landscapes is adapted to, and often dependent upon, the occurrence of fires having highly variable frequency (return interval), season of occurrence, size, severity, and ecological effect. Evidence of early fire is present in fossil charcoal deposits of 350–300 million years ago (Komarek 1973); some 100–165 million years later, wildfires were common (Cope & Chaloner 1985). Over time, plants (and other biota) evolved morphological, physiological, and/or reproductive characteristics—long-lived seeds stored in soil, serotinous cones, thick bark—that facilitate and may even be required for species persistence. Furthermore, species that become established early in the postfire environment influence forest dynamics for decades to centuries, through, for example, symbiotic nitrogen fixation, mycorrhizal hosts, pollination and seed dispersal, wildlife habitat, and soil protection (Kauffman 1990; Gresswell 1999).

## Restoration Considerations in a Postfire Landscape

Following a wildland fire, a common assumption is that immediate actions are needed to rehabilitate or restore the "fire-damaged" landscape. Yet abundant scientific evidence suggests that commonly applied postfire treatments may compound ecological stresses. For example, soil exposure and the compaction effects of ground-based yarding equipment may substantially increase erosion following postfire salvage logging. Additionally, the removal of standing and downed large wood may eliminate important structural components for the recovery of terrestrial and aquatic systems (Swanson 1981; Trotter 1990; May & Gresswell 2003).

Perhaps the most critical step in undertaking ecological restoration in the postfire environment is to forgo those activities and land uses that either cause additional damage or prevent reestablishment of native species, ecosystem processes, or plant succession (Ebersole et al. 1996; Kauffman et al. 1997). The avoidance of degradation is far easier and more effective than trying to rehabilitate degraded lands (Hicks et al. 1991; Frissell 1993; Rhodes et al. 1994). Reducing significant human impacts to forest ecosystems often enhances system recovery and taps the natural capacities of species to reproduce and survive within the context of natural disturbance regimes, including wildland fires (Frissell et al. 1997). Thus, a crucial priority of postfire management is enhancing the capacity of burned areas to recover naturally.

While "active restoration" may be required in some postfire situations (Kauffman et al. 1997), such activities should be carefully considered and aimed at complementing natural recovery processes. Beneficial active restoration activities might include reducing sediment production from firelines and roads, replacing faulty drainage structures, and planting native species depleted by fire or previous management activities. A logical, and necessary, first step in assessing postfire management needs includes reducing or eliminating factors that degrade forest ecosystems and prevent recovery. This strategy can sometimes be difficult to implement because it often requires changing land uses in a watershed.

Another flaw in management approaches today is the tendency to use the current, altered status of many watersheds in the western United States as a baseline for assessing restoration strategies in landscapes following wildfire. This ignores the chronic or continuing effects of past management activities and may relegate aquatic systems to a permanently degraded condition.

### Promoting Natural Recovery Processes

Fire and other natural disturbances in landscapes where natural biological integrity is relatively intact are not detrimental to the maintenance of diverse and productive aquatic ecosystems (Minshall et al. 1997; Gresswell 1999; Minshall et al. 2001). For example, riparian vegetation is typically quite resilient to fire and rapidly recovers following fire. In landscapes altered by decades of resource extraction or fire suppression, however, the consequences of fire for forest ecosystems may be severe. Furthermore, recovery of stream ecosystems from the effects of fire may be slower, more sporadic, and potentially incomplete in landscapes where natural processes and ecosystem structures have been degraded or impaired. Under these conditions, prefire restoration of ecosystem integrity (i.e., at

the watershed scale and larger) is likely to be more effective than fire prevention or postfire attempts at protection and rehabilitation of the stream channel (Gresswell 1999).

Postfire treatments such as seeding of exotic species, livestock grazing, or salvage logging can alter succession and delay restoration by removing elements of recovery or by accentuating damage to soil and water resources. Instead, management priorities should aim at the prevention or minimization of activities that increase stress upon surviving native biota, disrupt the establishment of early seral native species, or alter microclimates. Postfire treatments should be implemented only when they are needed to facilitate ecosystem recovery and do not interfere with natural succession or to reduce human disruptions of natural ecosystem processes. For example, natural recovery could be augmented by rehabilitation of areas disturbed by fire-suppression activities or other management practices (e.g., dozed firelines, roads). In other instances, planting of conifers may be needed where seed sources of native species have been lost by fire.

### Protecting Soils

Fire intensities and patterns of fuel consumption vary across landscapes with weather, topography, and differences in fuel loads and condition; all these factors also influence the effect of fire on soils. With a moderate- to high-severity fire, litter and duff are consumed, and the soil surface experiences high temperatures. Over a 25-year period (1973–1998), burned-area reports for western forests indicate that moderate- and high-severity categories account for about one-half of the total burned area (Robichaud et al. 2000). Burned area varies substantially from decade to decade (Fig. 1).

To protect aquatic ecosystems in areas with moderate- to high-severity burns, postfire management should not increase soil erosion or reduce soil productivity. For example, use of ground-based logging equipment will cause additional site disturbance and soil compaction. Decreased



*Figure 1.  Area burned annually, by decade (1920–2000), for U.S. federal agencies (1994–2001) (U.S. Department of Agriculture Forest Service Annual Fire Statistics).*

infiltration, increased overland flow, and accelerated sedimentation following ground-based logging not only degrade forest soils (Kattleman 1996; McIver & Starr 2000, 2001) but can also affect aquatic systems, including reduced survival of salmonids and other aquatic species (Young et al. 1991; Rhodes et al. 1994; Quigley & Arbelbide 1997). Furthermore, onsite impacts to early successional native plant species during postfire logging, where such species are nitrogen fixers, can significantly affect a major pathway of nutrient replenishment in the postfire environment.

After fire, some soils may exhibit a water-repellant (hydrophobic) condition that reduces the infiltration of water (DeBano et al. 1998). Although these changes can significantly alter the hydrologic properties of forest soils, the magnitude of change varies with soil texture and organic-matter content, vegetation, and fire behavior. Water-repellant soils mainly develop on sites that experience moderate- or high-severity burns with coarse-textured soils and certain vegetation, such as waxy-leaved shrublands and woodlands (Wells et al. 1979; Debano et al. 1998).

Water-repellant soils occur naturally in the absence of fire (Kattleman 1996), and fire does not always cause hydrophobic conditions. Although comprehensive studies on water repellency following fire are uncommon, generally water-repellant conditions are spatially variable and diminish as vegetation and soils recover (Robichaud et al. 2000; Huffman et al. 2001; Letey 2001). If organic matter on the soil surface remains intact following a burn, the occurrence of hydrophobic soils and associated effects on erosion and runoff are greatly reduced.

Some researchers (McIver & Starr 2000) suggest that benefits can be derived from the mechanical disturbance of hydrophobic soils by postfire logging, whereby disruption of hydrophobic soil surfaces increases infiltration and reduces overland flow, peakflow, and sediment production to streams. For several reasons, such an approach would have far more persistent negative effects on soils, watersheds, and aquatic resources than would allowing soils to recover naturally. For example, soil disturbance during ground-based logging that is severe enough to "mix" or break through soil layers would also cause significant compaction, contributing to accelerated surface erosion and long-term reductions in soil productivity. Although cable-logging systems typically cause less compaction than ground-based systems, dragging logs across burned terrain without full suspension can still damage soils. Because salvage logging often occurs a year or more after a fire, and because water-repellant conditions usually last only a few years, at most, water-repellant soils may no longer exist by the time logging occurs, if they ever did. Finally, water-repellent soils can occur in the absence of fire, so the intensity and location of hydrophobic soils is generally not determined in postfire assessments (Robichaud et al. 2000).

Evidence continues to mount of a direct relationship between mechanical disturbance to the postfire environment and accelerated erosion (Kattleman 1996; McIver & Starr 2000, 2001). Soil compaction can persist for 50–80 years in many forest soils (Quigley & Arbelbide 1997) and even longer in areas with high clay content, which is substantially longer than the negative influence on soils that may be associated with fire (U.S. Department of Agriculture Forest Service & BLM 1997).

Because soils and soil productivity are irreplaceable in human time scales, postfire management practices that compact soils, reduce soil productivity, or accelerate erosion should not be undertaken or allowed to continue. The recovery of organic matter in soils, which is essential to the recovery of soil productivity in areas with moderate- to high-severity burns, can be accomplished efficiently and inexpensively by leaving burned areas undisturbed (Kattleman 1996; Quigley & Arbelbide 1997). Although postfire treatments are often undertaken in an attempt to reduce soil erosion and impacts to water quality, prefire management practices—prescribed fire, obliteration of problem roads, removal of exotic species, reduced grazing pressure—may have an even larger payoff at both local and landscape scales.

### Changing Postfire Practices

Dramatic changes are needed in forest management practices and policies that relate to land use and fire management in the western United States. Management with short- and long-term ecological goals should reduce human impacts to ecosystems and allow natural disturbance regimes to retain or reestablish some of their historical influence in maintaining the diversity and productivity of regional landscapes. Instead of focusing on the immediate effects of a given fire, land managers might more fruitfully direct their attention to historical and on-going land uses and policies, including the loss of natural disturbance regimes (i.e., fire exclusion).

### Rehabilitating Sites Disturbed by Fire Suppression

The postfire environment is a reflection of not only the conditions that influence the spread and intensity of fire but also the magnitude of suppression efforts. For some fires, hundreds of kilometers of firelines may be constructed. Whether built by hand or machinery, these firelines involve soil disturbance and the removal of vegetation and litter. This can increase surface runoff, erosion, and sediment delivery to streams and facilitate the invasion of noxious weeds (Kattleman 1996). Firelines constructed by bulldozers are of greatest concern because of their width (up to 15 m) and the severity of soil disturbance and compaction. Firelines in riparian areas contribute to aquatic degradation by reducing recruitment of large wood, bank stability, and stream shading, and they increase sediment delivery to streams. Although hand-lines are typically narrower and involve less severe impacts than bulldozer lines, negative effects can be substantial, especially in areas that are highly susceptible to erosion.

Fireline locations cause additional ecological concerns. Although this issue has received increased attention in recent years, firelines continue to be constructed in riparian areas and down the fall line of steep slopes when deemed necessary by fire managers. Unfortunately, little can be done to remedy adverse effects if firelines are constructed in areas prone to erosion. Although less significant than firelines at the watershed scale, fire camps can sometimes result in local soil damage. Furthermore, water-drafting sites can damage soils near streams and disrupt channel banks.

As Kattleman (1996) has suggested, the principal objectives of postfire rehabilitation efforts should be to avoid additional damage, repair potential problems from fire-suppression activities (e.g., firelines and fire camps), and enhance the reestablishment of native vegetation to provide soil cover and organic matter. Consequently, highly disturbed sites should be rehabilitated (e.g., through water bars and seeding with native species) immediately following fires. It should be recognized, however, that such treatments may not eliminate persistent effects from areas that are prone to erosion or that have been severely affected.

### Banning Introduction of Exotic Species

The rationale for seeding burned areas with non-native grasses includes reducing onsite erosion, decreasing sediment runoff into streams, reducing noxious weed invasions, and increasing the availability of forage for grazing animals (Barro & Conard 1987, Sexton 1998, Robichaud et al. 2000). Although the efficacy of seeding for accomplishing these objectives has not been well evaluated, results of studies show that seeding grasses in burned ecosystems can lead to long-term changes in ecosystem composition and structure (Nadkarni & Odion 1986; Barro & Conard 1987). Comparing seeded burned areas to those that were not burned or seeded, Sexton (1998) found no differences in total herbaceous cover but did quantify a significantly greater cover of exotic grasses and a lower cover of native flora in seeded areas. Furthermore, rates of growth and survival of shrubs and conifer seedlings were reduced in areas seeded following fire (Amaranthus et al. 1993; Sexton 1998). Establishing a dense cover of seeded grasses, which decreases survival of woody plant seedlings, may cause long-term diminution of many important functional roles of species that shape ecosystem structure and productivity, roles including nitrogen accumulation, alternative hosts to mycorrhizal fungi, wildlife habitat, and erosion control.

Established exotic grasses can increase the flammability of burned sites; thus, reburns through these sites can

have severe ecological consequences (Zedler et al. 1983). Furthermore, a dense stand of exotic grasses will increase the likelihood of a reburn because (1) there is a continuous fuel bed with a high surface-to-volume ratio that is conducive to rapid rates of fire spread, (2) annual foliage dies and moisture content is low by late summer, and (3) fine fuels such as dried grasses and grass litter are more susceptible to ignition (Barro & Conard 1987).

Grass seeding has a low probability of reducing postfire erosion in the first season of erosion because any benefits of grass cover occur after the initial damaging runoff events (Barro & Conard 1987; Amaranthus 1989). In reviews of grass seeding and postfire erosion, Barro and Conard (1987), Kattleman (1996), and Raubichaud et al. (2000) could not find a significant relationship between establishment of grass cover and reduction in erosion in the years following wildland fire. Furthermore, they note the potential for grass seeding to exacerbate long-term erosion rates. Even so, seeding remains a widely used postfire rehabilitation activity, considered a panacea by many.

From an ecological perspective, seeding or planting should be avoided unless the prefire landscape has been severely degraded or dominated by alien or nonindigenous species. When species introductions are initiated, only species and seed sources native to the site should be utilized.

### Curtailing Livestock Grazing

Livestock grazing, as practiced throughout much of the western United States, significantly damages soils, elevates erosion, thwarts vegetative recovery, contributes to invasions of exotic species, and degrades stream and riparian conditions (Platts 1991; Fleischner 1994; Belsky et al. 1999). Consequently, this land use has been a major contributor to declines in native salmonids across western states (Rhodes et al. 1994; CWWR 1996; NRC 1996, 2002). Furthermore, postfire livestock grazing is widely recognized as an inhibitor of soil recovery and plant succession following fire, delaying the recovery of burned areas. Thus, livestock grazing should not occur in burned areas, particularly riparian areas, until vegetation recovery has occurred.

### Avoiding Use of Structures in and Near Stream Channels

The installation of structures such as sediment traps, wood additions, bank stabilizations, weirs, check dams, and gabions in and along streams often occurs in conjunction with postfire recovery activities. The cost of these structures, combined with their limited functional utility and short lifetimes, limits their value, especially in streams with elevated sediment and flow (Frissell & Nawa 1992). Instream structures often interfere with important interactions among sediment flux, channel form, and erosion

(Frissell & Nawa 1992; Thompson 2002), thus negatively affecting the maintenance and diversity of aquatic habitats (Schmetterling et al. 2001). Managers should not assume that these structures mitigate the negative effects of other postfire management practices (e.g., road construction, postfire logging) that might accelerate sediment delivery to streams.

### Restricting Postfire Logging

In the past, logging of fire-affected forest stands often occurred with little consideration of potential ecological consequences. However, postfire salvage logging inherently involves the removal of large trees that play important roles in numerous biological and physical processes and provide habitat for a variety of species (Thomas 1970; Harmon et al. 1986; Perry et al. 1989; Rose et al. 2001). In Oregon and Washington, for example, at least 96 wildlife species are associated with snags in forests. Most use snags >36 cm diameter at breast height (dbh); about one-third use snags >74 cm dbh. Hollow trees >51 cm dbh are often the most valuable for animal shelter, roosting, and hunting (Rose et al. 2001). Salvage logging may be especially detrimental in those watersheds where only a few large trees or snags remain following fire.

Large wood has multiple roles in the ecological recovery of disturbed aquatic ecosystems. Salvage logging conducted in or near riparian zones or streams diminishes the source of large wood important for stream structure and function (Maser et al. 1988; McMahon & deCalesta 1990; Hauer et al. 1999). Postfire wood inputs are important in creating physical habitat, recycling nutrients, and providing structural components during stream and riparian recovery (Minshall et al. 1989; Lawrence & Minshall 1994; Benda et al. 2003). Damaging effects from postfire logging in riparian areas can persist for many decades because of the loss of dead trees that would normally become incorporated into stream channels and forest floors over several decades or more (Lyon 1984; May & Gresswell 2003). Similarly, logging trees from upslope areas that are prone to landslides would also reduce, over time, the recruitment of large wood to riparian and aquatic ecosystems.

Based on the need to preserve important ecological functions associated with trees and large wood following fire, Beschta et al. (1995) recommend that salvage logging should leave at least 50% of standing dead trees in each diameter class. They also indicate that proportional retention is needed because of the important graded inputs that a mix of large wood contributes to streams over the extended postfire recovery period (Lyon 1984; Minshall et al. 1989). Furthermore, R.L.B. et al. (unpublished report) recommend no harvest of live trees within burn perimeters or of dead trees >51 cm dbh or older than 150 years. Henjum et al. (1994) similarly recommended retention of trees >51 cm dbh or >150 years

old and cessation of logging in late-successional forests. These recommendations emphasize the importance of retaining the oldest and largest trees, both live and dead, in postfire environments.

Postfire salvage logging has sometimes been justified on the assumption that >50% crown scorch results in tree mortality. However, trees within low- and mid-elevation forests of the western United States possess a suite of adaptations that facilitate fire survival (Kauffman 1990). Stephens and Finney (2000) found that the probability of conifer mortality is low when the percentage of the crown scorch was <60%. For trees ≥50 cm dbh, they determined that the probability of mortality of ponderosa pine, incense cedar, and white fir was <40% when crown scorch was as high as 80%. The multiple ecological roles of large trees and their high probability of survival supports the need to retain them in burned areas.

Postfire salvage logging, based primarily on economic values, typically removes only the largest trees and, by reducing total fuel loads, can supposedly reduce the severity of a subsequent fire. The principal fuels that carry wildland fire are not large trees, however, but finer fuels such as grasses, shrubs, and tree foliage. With regard to future fires, perhaps a more important concern of postfire logging is its influence on fuel composition, particle-size distribution, and site microclimate (i.e., creating warmer, drier, and windier conditions; Sexton 1998). The harvest of green trees increases fine fuels (activity fuels) even though the mass of large wood has decreased (Brown 1980). If similar shifts in fuel composition (and loads) occur on salvage logged sites, they could increase the potential future fire intensity and rate of spread of these sites over the short term. Few, if any, studies have quantified the effects of salvage logging on fuel loads (McIver & Starr 2000).

Postfire salvage logging also affects plant species composition and forest succession through changes in microclimate and mechanical damage to regenerating plants and soils. Even where salvage logging occurred in winter over approximately 60 cm of snow, logged areas had significantly lower understory biomass, species richness, species diversity, growth, and survival of both tree and shrub species (Stuart et al. 1993; Sexton 1998). Such logging can also have detrimental effects on the microhabitats of organisms associated with recovery (e.g., soil microbes) (Borchers & Perry 1990) and early successional vegetation.

Both ground-based yarding systems (tractors and skidders) and, to a lesser degree, cable systems can cause significant soil disturbance and compaction. Such practices should be prohibited in burned areas whenever they are likely to accelerate onsite erosion. Logging may be suitable where accelerated soil erosion and increased soil compaction are unlikely to occur and where there will be no impairment of hydrologic and soil biological integrity. Helicopter logging and cable yarding systems (particularly those providing partial or full suspension) that use existing roads and landings also may be appropriate in some areas because they produce smaller impacts on surface runoff and sediment production. Salvage logging generally should be prohibited on sensitive sites, however, including riparian areas, moderately or severely burned areas, fragile soils, steep slopes, roadless areas, watersheds where sedimentation is already a problem, where significant impacts to early successional vegetation may occur, and sites where accelerated surface erosion or accelerated mass soil erosion are likely to occur.

**Prohibiting New Road Construction**

In the western United States, roads represent a persistent cause of watershed degradation (U.S. Department of Agriculture Forest Service 1993, 2000; Henjum et al. 1994) and a major cause of the reduced abundance and range of native salmonids (Quigley & Arbelbide 1997; Kessler et al. 2001). Accelerated short- and long-term sediment production from roads is of particular concern in most watersheds because it exacerbates the effects of severe fires on soils, aquatic habitats, and water quality (CWWR 1996; U.S. Department of Agriculture Forest Service 2000).

Accelerated surface erosion from roads is typically greatest within the first years following construction, although in most situations sediment production remains elevated over the life of a road (Furniss et al. 1991; Ketcheson & Megahan 1996). Thus, even "temporary" roads can have enduring effects on aquatic systems. Similarly, major reconstruction of unused roads can increase erosion for several years and potentially reverse reductions in sediment yields that occurred with disuse (Potyondy et al. 1991). Where roads are unpaved or insufficiently surfaced with erosion-resistant aggregate, sediment production typically increases with increased vehicular usage (Reid & Dunne 1984).

Elevated sedimentation can adversely affect aquatic biota (Young et al. 1991) and inhibit pool development (Quigley & Arbelbide 1997; Buffington et al. 2002). In depositional environments, elevated sedimentation can widen channels (Dose & Roper 1994). Either of these situations—shallower or wider channels—can contribute to increased water-temperature maxima (Bartholow 2000).

It is perhaps widely accepted that "best management practices" (BMPs) can reduce damage to aquatic environments from roads. Time trends in aquatic habitat indicators indicate, however, that BMPs fail to protect salmonid habitats from cumulative degradation by roads and logging (Espinosa et al. 1997). Ziemer and Lisle (1993) note a lack of reliable data showing that BMPs are cumulatively effective in protecting aquatic resources from damage. Although the location, design, construction, and maintenance of roads may have improved over the years, many tens of thousands of kilometers of roads remain on public

Case 3:19-cv-06643-EMC   Document 12   Filed 10/18/19   Page 32 of 37



*Figure 2.  Road densities on public lands managed by the U.S. Department of Agriculture Forest Service and other lands in Oregon (source: Oregon Natural Resources Council, Portland).*

and private lands that were constructed with relatively little concern for their environmental consequences (Fig. 2). Until problem "legacy roads" are improved (e.g., surfaced, stabilized, obliterated), they will continue to degrade water quality and aquatic systems for many years. Furthermore, the assumption that road obliteration or BMPs will offset the negative impacts of new road and landing construction and use is unsound because road construction has immediate negative impacts and the benefits of obliteration accrue slowly.

Finally, road and landing construction is expensive and can siphon limited funds away from effective restoration measures, such as obliteration and maintenance. The backlog in maintenance of U.S Forest Service roads has been estimated to be several billion dollars (U.S. Department of Agriculture Forest Service 2000), and road construction inevitably adds to this seemingly insurmountable backlog. For these reasons, the construction and reconstruction of roads and landings is not consistent with postfire ecosystem restoration.

## Research Needs: Social, Ecological, and Economic Issues

In recent years, fire suppression costs for U.S. federal agencies have averaged in excess of $500 million annually. Given expenditures of this magnitude and the desire by land-management agencies to capture economic benefits from burned areas via salvage logging, the need increases for research to answer a wide range of questions to guide postfire management decisions. Of particular importance is a need to address the consequences—social, ecological, and economic—of various postfire treatments. For example, few studies have rigorously addressed the short- and long-term ecological effects of systematically dispensing nonindigenous species across burned landscapes. Similarly, there is limited scientific literature quantifying changes in sediment yield following postfire salvage logging. A wide range of postfire treatments is often implemented following fire to reduce erosion and runoff, but their effectiveness remains largely unknown



*Figure 3. Frequency distribution of publication dates for fire-related publications, by decade, from three literature reviews: postfire logging (McIver & Star 2000), postfire rehabilitation (Robichaud et al. 2000), and fire exclusion (Keane et al. 2002).*

(Robichaud et al. 2000), and rigorous research is scarce. Similarly, relatively few large areas have been allowed to recover without major intervention after fire, limiting the availability of "control" areas in ecological research. This is a particularly acute need in low-elevation ponderosa pine forests. Although research productivity on diverse fire and postfire issues (Fig. 3) has increased in recent years, the complexity and controversy surrounding many of these issues indicates the need for carefully focused research programs. We strongly encourage public land-management agencies to significantly invest in interdisciplinary research that directly addresses important issues and concerns associated with wildland fire, postfire salvage logging, and other postfire treatments. Until additional research provides different information, an ecologically based approach to postfire restoration is in order.

## Conclusions

Based on our review of the research and from the perspective of ecosystem restoration, several promising approaches to postfire management exist, including full protection of soils, road and fireline restoration, retention of large trees, and nurture of natural recovery processes. Some of these approaches are likely to be even more effective if undertaken proactively before a fire. Conversely, available information indicates that the following postfire activities are not likely to be consistent with ecosystem restoration: seeding non-native species, livestock grazing, installation of instream structures, ground-based logging and soil disruption, removal of large trees, road and landing construction, and logging of ecologically sensitive areas including roadless areas, riparian areas, and areas with moderate to severe burns. Postfire land-use decisions obviously occur in a very challenging environment for the general public and for managers of the nation's public lands. Although we understand the need and desire for society to obtain products of economic value from forested landscapes, the current body of research indicates that the loss of ecosystem services that can result from postfire treatments is significant.

## Literature Cited

Agee, J. K. 1993. Fire ecology of Pacific Northwest forests. Island Press, Washington, D.C.

Amaranthus, M. P. 1989. Effect of grass seeding and fertilizing on surface erosion in two intensely burned sites in southwest Oregon. Pages 148–149 in Symposium on fire and watershed management. General technical report PSW-109. U.S. Department of Agriculture Forest Service, Berkeley, California.

Amaranthus, M. P., J. M. Trappe, and D. A. Perry. 1993. Soil moisture, native regeneration, and *Pinus lambertiana* seedling survival, growth, and mycorrhiza formation following wildfire and grass seeding. Restoration Ecology **1:**188–195.

Barro, S. C., and S. G. Conard. 1987. Use of ryegrass seeding as an emergency revegetation measure in chaparral ecosystems. General technical report PSW-102. U.S. Department of Agriculture Forest Service, Berkeley, California.

Bartholow, J. M. 2000. Estimating cumulative effects of clearcutting on stream temperatures. Rivers **7:**284–297.

Belsky, A. J., A. Matzke, and S. Uselman. 1999. Survey of livestock influences on stream and riparian ecosystems in the western United States. Journal of Soil and Water Conservation **54:**419–431.

Benda, L., D. Miller, P. Bigelow, and K. Andras. 2003. Effects of postwildfire erosion on channel environments, Boise River, Idaho. Forest Ecology and Management **178:**105–119.

Beschta, R. L., C. A. Frissell, R. Gresswell, R. Hauer, J. R. Karr, G. W. Marshall, D. A. Perry, and J. J. Rhoads. 1995. Wildfire and salvage logging: recommendations for ecologically sound post-fire salvage logging and other post-fire treatments on federal lands in the west. Pacific Rivers Council, Portland, Oregon. Available at http://www.pacrivers.org (accessed May 2004).

Borchers, J. G., and D. A. Perry. 1990. Effects of prescribed fire on soil organisms. Pages 143–157 in J. D. Walstad, S. R. Radosevich, and D. V. Sandberg, editors. Natural and prescribed fire in Pacific Northwest forests. Oregon State University Press, Corvallis.

Brown, J. K. 1980. Influence of harvesting and residues on fuels and fire management. Pages 417–432 in Proceedings: environmental consequences of timber harvesting in Rocky Mountain coniferous forests. General technical report INT-90. U.S. Department of Agriculture Forest Service, Ogden, Utah.

Buffington, J. M., T. E. Lisle, R. D. Woodsmith, and S. Hilton. 2002. Controls on the size and occurrence of pools in coarse-grained forest rivers. River Research and Applications **18:**507–531.

Centers for Water and Wildland Resources (CWWR). 1996. Summary of the Sierra Nevada Ecosystem Project Report. Report 39. CWWR, University of California, Davis.

Chamberlin, T. W., R. D. Harr, and F. H. Everest. 1991. Timber harvesting, silviculture, and watershed processes. Pages 181–205 in W. R. Meehan, editor. Influences of forest and rangeland management on salmonid fishes and their habitats. Special publication 19. American Fisheries Society, Bethesda, Maryland.

Cope, M. J., and W. G. Chaloner. 1985. Wildfire: an interaction of biological and physical processes. Pages 257–277 in B. H. Tiffney, editor. Geological factors and the evolution of plants. Yale University Press, New Haven, Connecticut.

DeBano, L. F., D. G. Neary, and P. F. Folliott. 1998. Fire's effect on ecosystems. Wiley, New York.

Dose, J. J., and B. B. Roper. 1994. Long-term changes in low-flow channel widths within the South Umpqua watershed, Oregon. Water Resources Bulletin **30:**993–1000.

Ebersole, J. L., W. J. Liss, and C. A. Frissell. 1996. Restoration of stream habitats in managed landscapes in the western USA: restoration as re-expression of habitat capacity. Environmental Management **21:**1–14.

Espinosa, F. A., J. J. Rhodes, and D. A. McCullough. 1997. The failure of existing plans to protect salmon habitat on the Clearwater National Forest in Idaho. Journal of Environmental Management **49:**205–230.

Fleischner, T. L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology **8:**629–644.

Frissell, C. A. 1993. Topology of extinction and endangerment of native fishes in the Pacific Northwest and California (USA). Conservation Biology **7:**342–354.

Frissell, C. A., and R. K. Nawa. 1992. Incidence and causes of physical failure of artificial habitat structures in streams of western Oregon and Washington. North American Journal of Fisheries Management **12:**182–197.

Frissell, C. A., W. J. Liss, R. E. Gresswell, R. K. Nawa, and J. L. Ebersole. 1997. A resource in crisis: changing the measure of salmon management. Pages 411–444 in D. J. Stouder, P. A. Bisson, and R. J. Naiman, editors. Pacific salmon and their ecosystems: status and future options. Chapman and Hall, New York.

Furniss, M. J., T. D. Roelofs, and C. S. Yee. 1991. Road construction and maintenance. Pages 297–333 in W. R. Meehan, editor. Influences of forest and rangeland management on salmonid fishes and their habitats. Special publication 19. American Fisheries Society, Bethesda, Maryland.

Gresswell, R. E. 1999. Fire and aquatic ecosystems in forested biomes of North America. Transaction of the American Fisheries Society **128:**193–221.

Harmon, M. E., et al. 1986. Ecology of coarse woody debris in temperate ecosystems. Advances in Ecological Research **15:**133–302.

Hauer, F. R., G. C. Poole, J. T. Gangemi, and C. V. Baxter. 1999. Large woody debris in bull trout spawning streams of logged and wilderness watersheds in northwest Montana. Canadian Journal of Fisheries and Aquatic Sciences **56:**915–924.

Henjum, M. G., J. R. Karr, D. L. Bottom, D. A. Perry, J. C. Bednarz, S. G. Wright, S. A. Beckwitt, and E. Beckwitt. 1994. Interim protection for late successional forests, fisheries and watersheds: national forests east of the Cascade crest, Oregon and Washington. The Wilderness Society, Bethesda, Maryland.

Hessburg, P. F., and J. K. Agee. 2003. An environmental narrative of Inland Northwest United States forests, 1800–2000. Forest Ecology and Management **178:**23–59.

Hicks, B. J., J. D. Hall, P. A. Bisson, and J. R. Sedell. 1991. Responses of salmonids to habitat changes. Pages 483–518 in W. R. Meehan, editor. Influences of forest and rangeland management on salmonid fishes and their habitats. Special publication 19. American Fisheries Society, Bethesda, Maryland.

Huffman, E. L., L. H. MacDonald, and J. D. Stednick. 2001. Strength and persistence of fire-induced soil hydrophobicity under ponderosa and lodgepole pine, Colorado Front Range. Hydrological Processes **15:**2877–2892.

Karr, J. R. 2000. Health, integrity, and biological assessment: the importance of whole things. Pages 209–226 in D. Pimentel, L. Westra, and R. F. Noss, editors. Ecological integrity: integrating environment, conservation, and health. Island Press, Washington, D.C.

Kattleman, R. 1996. Hydrology and water resources. Sierra Nevada Ecosystem Project: final report to Congress. II. Assessments and scientific basis for management decisions. Pages 855–920 in Report 39. Centers for Water and Wildland Resources, University of California, Davis. (Also available from http://ceres.ca.gov/snep/pubs/web/pdf/vii_c30.pdf.)

Kauffman, J. B. 1990. Ecological relationships of vegetation and fire. Pages 39–51 in J. D. Walstad, S. R. Radosevich, and D. V. Sandberg, editors. Prescribed fire in Pacific Northwest forests. Oregon State University Press, Corvallis.

Kauffman, J. B., R. L. Beschta, N. Otting, and D. Lytjen. 1997. An ecological perspective of riparian and stream restoration in the western United States. Fisheries **22:**12–24.

Keane, R. E., K. C. Ryan, T. T. Veblen, C. D. Allen, J. Logan, and B. Hawkes. 2002. Cascading effects of fire exclusion in Rocky Mountain Ecosystems: a literature review. General technical report RMRS-GTR-91. U.S. Department of Agriculture Forest Service, Fort Collins, Colorado.

Kessler, J., C. Bradley, J. Rhodes, and J. Wood. 2001. Imperiled western trout and the importance of roadless areas. Center for Biological Diversity, Tucson, Arizona.

Ketcheson, G. L., and W. F. Megahan. 1996. Sediment production and downslope sediment transport from forest roads in granitic watersheds. Research paper INT-RP-486. U.S. Department of Agriculture Forest Service, Ogden, Utah.

Komarek, E. V., Sr. 1973. Ancient fires. Pages 219–240 in E. V. Komarek Sr., editor. Proceedings of the twelfth Tall Timbers Fire ecology conference. Tall Timbers, Tallahassee, Florida.

Lawrence, D. E., and G. W. Minshall. 1994. Short- and long-term changes in riparian zone vegetation and stream macroinvertebrate community structure. Pages 171–184 in D. G. Despain, editor. Plants and their environments: proceedings of the first biennial scientific conference on the Greater Yellowstone Ecosystem. Technical report NPS/NRYELL/NRTR-93. U.S. National Park Service, Denver, Colorado.

Leopold, A. 1937. Conservationist in Mexico. American Forests **43:**118–120, 146.

Letey, J. 2001. Causes and consequences of fire-induced soil water repellency. Hydrological Processes **15:**2867–2875.

Lyon, J. L. 1984. The sleeping child burn: 21 years of postfire change. Research paper INT-330. U.S. Department of Agriculture Forest Service, Ogden, Utah.

Maser, C., R. F. Tarrant, J. M. Trappe, and J. F. Franklin, technical editors. 1988. From the forest to the sea: a story of fallen trees. General technical report PNW-GTR-229. U.S. Department of Agriculture Forest Service, Portland, Oregon.

May, C. L., and R. E. Gresswell. 2003. Processes and rates of sediment and wood accumulation in headwater streams of the central Oregon Coast Range. Earth Surface Processes and Landforms **28:**409–424.

McIntosh, B. A., J. R. Sedell, J. E. Smith, R. C. Wissmar, S. E. Clarke, G. H. Reeves, and L. A. Brown. 1994. Management history of eastside ecosystems: changes in fish habitat over 50 years, 1935–1992. Eastside Forest Ecosystem Health Assessment. Volume III. General technical report PNW-GTR-321. U.S. Department of Agriculture Forest Service, Portland, Oregon.

McIver, J. D., and L. Starr, technical editors. 2000. Environmental effects of postfire logging: literature review and annotated bibliography. General technical report PNW-GTR-486. U.S. Department of Agriculture Forest Service, Portland, Oregon.

McIver, J. D., and L. Starr. 2001. A literature review on the environmental effects of postfire logging. Western Journal of Applied Forestry **16:**159–168.

McMahon, T. E., and D. S. de Calesta. 1990. Effects of fire on fish and wildlife. Pages 233–250 in J. D. Walstad S. R. Radosevich, and D. V. Sandberg, editors. Natural and prescribed fire in Pacific Northwest forests. Oregon State University Press, Corvallis.

Minshall, G. W., J. T. Brock, and J. D. Varley. 1989. Wildfires and Yellowstone's stream ecosystems: a temporal perspective shows that aquatic recovery parallels forest succession. BioScience **39:**707–722.

Minshall, G. W., C. T. Robinson, and D. E. Lawrence. 1997. Postfire response of lotic ecosystems in Yellowstone National Park U.S.A. Canadian Journal of Fisheries and Aquatic Sciences **54:**2509–2525.

Minshall, G. W., T. V. Royer, and C. T. Robinson. 2001. Response of the Cache Creek macroinvertebrates during the first ten years following disturbance by the 1988 Yellowstone wildfires. Canadian Journal of Fisheries and Aquatic Sciences **58:**1077–1088.

Nadkarni, N. M., and D. C. Odion. 1986. Effects of seeding an exotic grass *Lolium multiflorum* on native seedling regeneration following fire in a chaparral community. Pages 115–121 in J. J. DeVries, editor. Report 62. Proceedings of the chaparral ecosystems research conference. California Water Resource Center, Davis, California.

National Research Council. 1996. Upstream: salmon and society in the Pacific Northwest. National Academy Press, Washington, D.C.

National Research Council. 2002. Riparian areas: functions and strategies for management. National Academy Press, Washington, D.C.

Nehlsen, W., J. E. Williams, and J. A. Lichatowich. 1991. Pacific Salmon at the crossroads: stocks at risk from California, Oregon, Idaho and Washington. Fisheries **16:**4–21.

Perry, D. A. R. Meurisse B. Thomas R. Miller J. Boyle J. Means C. R. Perry, and R. F. Powers, editors. 1989. Maintaining the long-term productivity of Pacific Northwest forest ecosystems. Timber Press, Portland, Oregon.

Platts, W. S. 1991. Livestock grazing. Pages 389–424 in W. R. Meehan, editor. Influences of forest and rangeland management on salmonid fishes and their habitats. Special Publication 19. American Fisheries Society, Bethesda, Maryland.

Potyondy, J. P., G. F. Cole, and W. F. Megahan. 1991. A procedure for estimating sediment yields from forested watersheds. Pages 12–46 to 12–54 in Proceedings: fifth federal interagency sedimentation conference. Federal Energy Regulatory Commission. Washington, D.C.

Pyne, S. J. 1984. Introduction to wildland fire: fire management in the United States. Wiley, New York.

Quigley, T. M., and S. J. Arbelbide, technical editors. 1997. An assessment of ecosystem components in the Interior Columbia Basin and portions of the Klamath and Great Basins, Volumes 1–4. General technical report PNW-GTR-405. U.S. Department of Agriculture Forest Service, Pacific Northwest Research Station, Portland, Oregon.

Reid, L. M., and T. Dunne. 1984. Sediment production from forest road surfaces. Water Resources Research **20:**1753–1761.

Rhodes, J. J., D. A. McCullough, F. A. Espinosa Jr., F.A. 1994. A coarse screening process for evaluation of the effects of land management activities on salmon spawning and rearing habitat in ESA consultations. Technical report 94-4. Columbia River Inter-Tribal Fish Commission, Portland, Oregon.

Rieman, B. E., D. C. Lee, and R. F. Thurow. 1997. Distribution, status, and likely future trends of bull trout in the interior Columbia River basin and Klamath River basins. Transactions of the 46th North American Wildlife and Natural Resources Conference **117:**1111–1125.

Rieman, B. E., D. Lee, D. Burns, R. Gresswell, M. Young, R. Stowell, J. Rinne, and P. Howell. 2003. Status of native fishes in the western United States and issues for fire and fuels management. Forest Ecology and Management **178:**197–211.

Robichaud, P. R., J. L. Beyers, and D. G. Neary. 2000. Evaluating the effectiveness of postfire rehabilitation treatments. General technical report RMRS-GTR-63. U.S. Department of Agriculture Forest Service, Fort Collins, Colorado.

Rose, C. L., B. G. Marcot, T. K. Mellon, J. L. Ohmann, K. L. Waddell, D. L. Lindley, and B. Schrieber. 2001. Decaying wood on pacific northwest forests: concepts and tools for habitat management. Pages 580–623 in D. A. Johnson and T. A. O'Neill, editors. Wildlife-habitat relationships in Oregon and Washington. Oregon State University Press, Corvallis.

Schmetterling, D. A., C. G. Glancy, and T. M. Brandt. 2001. Effects of riprap bank reinforcement on stream salmonids in the western United States. Fisheries **26:** 6–13.

Sexton, T. O. 1998. Ecological effects of post-wildfire management activities (salvage logging and grass-seeding) on vegetation composition, diversity, biomass, and growth and survival of *Pinus ponderosa* and *Purshia tridentata*. M.S. thesis. Oregon State University, Corvallis.

Stephens, S. L., and M. A. Finney. 2000. Prescribed fire mortality of Sierra Nevada mixed conifer tree species: effects of crown damage and forest floor combustion. Forest Ecology and Management **162:**261–271.

Stuart, J. D., M. C. Grifantini, and L. Fox III. 1993. Early successional pathways following wildfire and subsequent silvicultural treatment in Douglas-fir/hardwood forests, NW California. Forest Science **39:**561–572.

Swanson, F. J. 1981. Fire and geomorphic process. Pages 401–420 in H. A. Mooney T. M. Bonnicksen N. L. Christensen J. E. Lotan, and W. A. Reiners, editors. Fire regimes and ecosystem properties: proceedings of the conference. General technical report WO-GTR-26. U.S. Department of Agriculture Forest Service, Washington, D.C.

Terborgh, J., J. A. Estes, P. Paquet, K. Ralls, D. Boiyd-Heigher, B. J. Miller, and R. F. Noss. 1999. The role of top carnivores in regulating terrestrial ecosystems. Pages 39–64 in M. E Soulé and J. Terborgh, editors. Continental conservation: scientific foundations of regional reserve networks. Island Press, Washington, D.C.

Thomas, J. W., editor. 1970. Wildlife habitats in the Blue Mountains of Oregon and Washington. U.S. Agricultural handbook 553, U.S. Department of Agriculture, Washington, D.C.

Thompson, D. M. 2002. Long-term effect of instream habitat-improvement structures on channel morphology along the Blackledge and Salmon rivers, Connecticut, USA. Environmental Management **29:**250–265.

Thurow, R. F., D. C. Lee, and B. E. Rieman. 1997. Distribution and status of seven native salmonids in the interior Columbia basin and portions of the Klamath River and Great Basins. Transactions of the 46th North American Wildlife and Natural Resources Conference **117:**1094–1110.

Trotter, E. H. 1990. Woody debris, forest-stream succession, and catchment geomorphology. Journal of the North American Benthological Society **9:**141–156.

U.S. Department of Agriculture Forest Service (USFS). 2000. Roadless Area Conservation Final Environmental Impact Statement. USFS, Washington, D.C.

U.S. Department of Agriculture Forest Service (USFS) and BLM (Bureau of Land Management). 1997. The DEIS for the "Eastside" Planning Area. USFS, Walla Walla, Washington.

U.S. Department of Agriculture Forest Service (USFS), National Marine Fisheries Service, Bureau of Land Management, National Park Service, and Environmental Protection Agency. 1993. Forest ecosystem management: an ecological, economic, and social assessment. USFS, Pacific Northwest Region, Portland, Oregon.

Walstad, J. D. S. R. Radosevich and D. V. Sandberg, editors. 1990. Natural and prescribed fire in Pacific Northwest forests. Oregon State University Press, Corvallis.

Wells, C. G., R. E. Campbell, L. F DeBano, C. E. Lewis, R. L. Fredriksen, E. C. Franklin, R. C. Froelich, and P. H. Dunn. 1979. Effects of fire on soil: a state-of-knowledge review. General technical report WO-7. U.S. Department of Agriculture Forest Service, Washington, D.C.

Williams, J. E., and R. R. Miller. 1990. Conservation status of the North American fish fauna in fresh water. Journal of Fisheries Biology **37** (Supplement A):79–85.

Young, M. K., W. A. Hubert, and T. A. Wesche. 1991. Selection of measures of substrate composition to estimate survival to emergence of salmonids and to detect changes in stream substrates. North American Journal of Fisheries Management **11:**339–346.

Zedler, P. H., C. R. Gautier, G. S. McMaster, and S. Gregory. 1983. Vegetation change in response to extreme events: the effect of a short interval between fires in California chaparral and coastal scrub. Ecology **64:**809–818.

Ziemer, R. R., and T. E. Lisle. 1993. Evaluating sediment production by activities related to forest uses: a Northwest perspective. Pages 71–74 in Proceedings: technical workshop on sediments 1992. U.S. Environmental Protection Agency and Terrene Institute, Washington, D.C.

# BAKER DECLARATION

# ATTACHMENT D

# Aerial photograph of the M1 project area, with Lake Pillsbury in the background, taken on June 12, 2019, by Kimberly Baker

**BAKER DECLARATION – ATTACHMENT D**



**Aerial photograph of the M1 project area, with Lake Pillsbury in the background,
taken on June 12, 2019, by Kimberly Baker**