René P. Voss (CA Bar No. 255758)
Natural Resources Law
15 Alderney Road
San Anselmo, CA  94960
Phone:  (415) 446-9027
Email:  renepvoss@gmail.com
LEAD COUNSEL

Matt Kenna (CO Bar No. 22159)
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
Phone: (970) 749-9149
Email: matt@kenna.net
LEAD COUNSEL
*Pro Hac Vice*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>        Plaintiff,<br><br>        v.<br><br>ANN CARLSON, in her official capacity as the Forest Supervisor of the Mendocino National Forest; and the UNITED STATES FOREST SERVICE,<br><br>        Defendants. | No.  3:19-cv-6643-EMC<br><br>**NOTICE OF APPEAL**<br><br>Administrative Procedure Act, 5 U.S.C. §§ 701 *et seq.*) |

Plaintiff Environmental Protection Information Center now appeals the Court's "Order Denying Plaintiff's Motion for Preliminary Injunction," entered December 4, 2019 (ECF No. 56), to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted this 10th day of December, 2019.

*/s/ René Voss*
René Voss
Matt Kenna, *Pro Hac Vice*

*Attorneys for Plaintiff*