UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ENVIRONMENTAL PROTECTION INFORMATION CENTER,

          Plaintiff-Appellee,

v.

ANN CARLSON, in her official capacity as the Forest Supervisor of the Mendocino National Forest; UNITED STATES FOREST SERVICE,

          Defendants,

v.

SIERRA PACIFIC INDUSTRIES, Proposed Intervenor-Defendant,

          Movant-Appellant.

No. 20-15040

D.C. No. 3:19-cv-06643-EMC
Northern District of California,
San Francisco

ORDER

Before: PAEZ, M. SMITH, and N.R. SMITH, Circuit Judges.

The court sua sponte expedites the briefing and hearing of this appeal. The opening brief and excerpts of record are due February 18, 2020; the answering brief is due March 10, 2020; and the optional reply brief is due within 14 days after service of the answering brief.

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(1). No written motions for extensions of time under Ninth Circuit Rule 31-

2.2(b) will be granted absent extraordinary and compelling circumstances.

The Clerk shall place this appeal, along with appeal No. 19-17479, on the calendar for the month of April 2020. *See* 9th Cir. Gen. Order 3.3(g).