FILED

OCT 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, | No. 19-17479 |
| Plaintiff-Appellant, | D.C. No. 3:19-cv-06643-EMC Northern District of California, San Francisco |
| v. | |
| ANN CARLSON, in her official capacity as the Forest Supervisor of the Mendocino National Forest; UNITED STATES FOREST SERVICE, | ORDER |
| Defendants-Appellees, | |
| SIERRA PACIFIC INDUSTRIES, | |
| Intervenor-Defendant-Appellee. | |

Before:  W. FLETCHER and LEE, Circuit Judges, and SETTLE,[*] District Judge.

Defendants-Appellees Ann Carlson and USFS filed a petition for panel

rehearing on October 1, 2020 (Dkt. Entry 52).  Intervenor-Defendant-Appellee

Sierra Pacific Industries filed a petition for panel rehearing and rehearing en banc

on October 2, 2020 (Dkt. Entry 53).  Judges W. Fletcher and Settle have voted to

---

[*]    The Honorable Benjamin H. Settle, United States District Judge for the Western District of Washington, sitting by designation.

deny the petitions for panel rehearing.  Judge Lee voted to grant the petitions for panel rehearing.  Judges W. Fletcher and Lee have voted to deny the petition for rehearing en banc, and Judge Settle so recommends.

The full court has been advised of the petition for rehearing en banc and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petitions for panel rehearing and rehearing en banc are **DENIED**.